IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | ) ) ) ) |
| Defendant. | ) ) |

CIVIL NO.: AMD 02 CV 525

____FILED ____ENTERED
____LODGED ____RECEIVED

FEB 2 8 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

ORDER

Upon consideration of Defendant's Motion for Extension of Time to Respond to Complaint and To File Counterclaims, and upon consideration of any opposition and reply thereto, it is this 28th day of April, 2002, hereby ORDERED:

1. That Defendant's Motion for Extension of Time to Respond to Complaint and To File Counterclaims BE, and the same hereby IS, GRANTED, and

2. Defendant shall file a response to the complaint on or before April 12, 2002, and Defendant shall have until April 12, 2002 to file any counterclaims.

_____
The Honorable Andre M. Davis

\\\BA - 80667/3 - #130689 v1