IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 FEB 28 P 1:07
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | |
|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL NO.: AMD 02 CV 525 |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | ) ) ) |
| Defendant. | ) ) |

___FILED ___ENTERED
___LODGED ___RECEIVED

FEB 28 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

**MOTION TO SHORTEN TIME FOR PLAINTIFFS
TO FILE AN OPPOSITION TO MOTION FOR EXTENSION OF TIME**

Washington Regional Cardiac Surgery, P.C. ("WRCS"), by its undersigned attorneys, files this Motion to Shorten Time for Plaintiffs to File An Opposition to Motion for Extension of Time to Respond to Complaint and To File Counterclaims and, in support, states the following:

1. Simultaneous with the filing of this motion, Defendant is filing a Motion for Extension of Time to Respond to Complaint and To File Counterclaims. Defendant's responsive pleading currently is due on March 13, 2002. Defendant's motion seeks an extension until April 12, 2002.

2. Pursuant to Local Rule 105(2)(a), unless otherwise ordered by the Court, an opposition to a motion shall be filed within fourteen days of service of the motion. Unless the Court shortens Plaintiff's time to file an opposition,

2/28/2002 DENIED- MOOT
[signature]



\\\BA - 80667/3 - #130676 v1