**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
**ANDRE M. DAVIS**
UNITED STATES DISTRICT JUDGE

_____FILED_____ENTERED
_____LODGED_____RECEIVED

MAY 1 0 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY_____

DEPUTY

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

May 10, 2002

MEMORANDUM TO COUNSEL RE:

MCB Management Services, LLC  v. Washington Regional Cardiac Surgery
Civ. No. AMD 02-525

I have read and considered the motion to dismiss the damages claim under count one (Paper No. 10), together with the plaintiff's opposition thereto. The motion is DENIED.

Plaintiff may well be right that, notwithstanding the "plain language" of the November 1999 agreement, the agreement is a "fixed price" contract. Common sense would suggest that if a fixed payment for "overhead" was due each month, there would likely be some months, at least theoretically, in which there would be unexpended funds. Presumably, such funds would constitute "profit" to plaintiffs. In any event, this case may present an instance of "extrinsic" ambiguity. *See, e.g., my opinion in Johannssen v. District No. 1--Pacific Coast Dist. MEBA Pension Plan*, 1997 WL 580827, *19 (D.Md. August 8, 1997). Accordingly, resolution of the legal issue framed by the motion is better left for summary judgment proceedings.

The modified schedule proposed by defendant's letter dated May 6, 2002 (copy attached) is APPROVED. Thus, the due date for dispositive motions is November 30, 2002, and trial is calendared for the two week period commencing March 31, 2003.

Despite the informal nature of this Memorandum, it is an Order of Court and the Clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file