IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

2002 SEP -6 P 3:37

| | |
|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON REGIONAL CARDIAC SURGERY, P.C., <br><br> Defendant. | CIVIL NO.: AMD 02 CV 525 |

## ORDER

Upon consideration of Defendant's Motion to Shorten Time for Plaintiffs to File An Opposition to Defendant's Motion for Leave to Conduct Telephone Deposition of Lawrence Sherman, it is this 6th day of Sept, 2002, hereby ORDERED:

1. That Defendant's Motion to Shorten Time for Plaintiffs to File An Opposition to Defendant's Motion for Leave to Conduct Telephone Deposition of Lawrence Sherman BE, and the same hereby IS, GRANTED;

2. That Plaintiffs shall file an opposition to Defendant's Motion to Shorten Time for Plaintiffs to File An Opposition to Defendant's Motion for Leave of Court to Conduct Telephone Deposition of Lawrence Sherman on or before 5:00 p.m. on Thursday, September 12, 2002;

\\\BA - 80667/0003 - 142112 v1

2

3.  That Defendant shall file a reply in support of its Motion for Leave of Court to Conduct Telephone Deposition of Lawrence Sherman, if any, on or before 5:00 p.m. on Monday, September 16, 2002, and

4.  That the parties shall effectuate service of their opposition or reply by facsimile and hand delivery.

                                                 *[signature]*
                                                 The Honorable Andre M. Davis