IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| MCB Management Services, LLC, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil No.: AMD 02-CV-525 |
| Washington Regional Cardiac Surgery, P.C. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Defendant's Motion for Leave to Conduct Telephone Deposition of Lawrence Sherman, and Plaintiffs' Opposition thereto, it is this 26 day of Sept, 2002, hereby ORDERED:

1. That Defendant's Motion for Leave to Conduct Telephone Deposition of Lawrence Sherman is hereby DENIED. WITHOUT PREJUDICE

_____
The Honorable Andre M. Davis