IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL NO.: AMD 02 CV 525 |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | ) ) ) |
| Defendant. | ) ) ) |

___FILED ___ENTERED
___LODGED ___RECEIVED

NOV 12 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

## ORDER

Upon consideration of Defendant's Motion to Compel Production of Plaintiff's 2002 Financial Statements and Documents, and 2000-2001 Tax Returns, the Memorandum in support thereof, Plaintiffs' response thereto, and the arguments of counsel, it is this 12th day of Nov, 2002:

ORDERED that Defendant's Motion to Compel Production of Plaintiff's 2002 Financial Statements and Documents, and 2000-2001 Tax Returns and be, and the same hereby is, GRANTED IN PART; and it is

FURTHER ORDERED that Plaintiffs MCB Management Services, LLC and Physician Support Services, LLC shall produce all of their 2002 financial statements and other requested financial documents, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ within five (5) business days of the date of this order.

_____
Andre M. Davis
United States District Judge

cc: Counsel of Record

\\\BA - 80667/0003 - 141674 v1