# HOGAN & HARTSON
L.L.P.

STEVEN F. BARLEY
PARTNER
(410) 659-2724
SFBARLEY@HHLAW.COM

111 SOUTH CALVERT STREET, SUITE 1600
BALTIMORE, MARYLAND 21202
TEL (410) 659-2700
FAX (410) 539-6981
WWW.HHLAW.COM

November 26, 2002

**BY HAND DELIVERY**

The Honorable Andre M. Davis
United States District Court
  For the District of Maryland
United States Court House
101 W. Lombard Street
Baltimore, MD 21201

Re:   *MCB Management Services, LLC, et al. v. Washington Regional Cardiac Surgery, P.C.*, Case No. AMD-02-cv525

Dear Judge Davis:

Consistent with my colleague, Robert Cohen's, conversation with your law clerk, Ms. Jefferson, yesterday afternoon, I write on behalf of both parties with the parties' Joint Motion for an Extension of Time and for Approval of a Filing Schedule for Motions for Summary Judgment. Ms. Jefferson informed Mr. Cohen that it would be acceptable to file this joint motion in letter form.

The parties bring this joint motion for two reasons. First, in May the parties inadvertently suggested that the Court order that dispositive motions be due on November 30, 2002, which is a Saturday. The Court approved that request by Order dated May 10, 2002. Because November 30 is a Saturday, and because the Court is closed on Friday due to the Thanksgiving holiday, the parties ask that the deadline for Dispositive motions be moved to Monday, December 2, 2002.

Second, both parties intend to file summary judgment motions. Local Rule 105.2(c) requires that when both parties intend to file motions, counsel agree which party is to file the initial motion. Rule 105.2(c) then consolidates the briefing into four total filings, rather than burdening the Court with three filings on each motion.

The parties have agreed that plaintiffs will file the initial motion and also have agreed to a filing schedule, but defendant is concerned that the Court

WASHINGTON, DC
\\\BA - 80667/0003 - 146838 v1    BERLIN  BRUSSELS  LONDON  PARIS  BUDAPEST  PRAGUE  WARSAW  MOSCOW  TOKYO
NEW YORK  BALTIMORE  McLEAN  MIAMI  DENVER  BOULDER  COLORADO SPRINGS  LOS ANGELES

HOGAN & HARTSON L.L.P.

Hon. Andre M. Davis
November 26, 2002
Page 2

might consider defendant's motion untimely if filed two weeks after the previously-established deadline.

Thus, the parties ask that the Court agree to and Order the following, jointly proposed filing schedule:

| | |
|---|---|
| December 2, 2002 | Plaintiffs' Motion for Summary Judgment |
| December 16, 2002 | Defendant's Consolidated Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment |
| December 30, 2002 | Plaintiffs' Consolidated Reply in Support of their Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment |
| January 13, 2003 | Defendant's Reply in Support of its Motion for Summary Judgment. |

Thank you for your consideration of this matter.

Very truly yours,

Steven F. Barley /RAC

Steven F. Barley

cc: Gerard P. Martin, Esq. (By Fax)
Steven F. Wrobel, Esq. (By Fax)
Robert A. Cohen, Esq.