UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

December 16, 2002

MEMORANDUM TO COUNSEL RE:

MCB Management Services, LLC v.
Washington Regional Cardiac Surgery, P.C.
Civ. No. AMD 02-525

I am today entering an order denying plaintiffs' motion to compel. I do so for reasons that will be explicated more fully later on if necessary, but I would offer these observations for now.

First, while I have incomplete information about the "leasing" arrangement referred to in your papers, it appears to me that the plaintiffs' contention that Counts was plaintiffs' employee is based very much on a formalism that should be ignored for purposes of determining the claim of privilege. *Cf. Windesheim v. Verizon Network Integration Corp.*, 212 F.Supp.2d 456, 462-63 (D.Md. 2002). Counts was an employee of one of the plaintiffs in name only, so far as I can tell. Second, and more important, defendant concedes that nothing Counts said in the disputed memoranda is, or will be treated as, admissions or statements by her ostensible "employer." Frankly, it would appear to me that this concession largely settles the matter. On the other hand, there may be a legitimate concern over any *derivative* use of information contained in the memoranda. I should think that defendant's concession as to non-attribution should extend to such potential derivative use, as well. In any event, the account-client privilege seems clearly applicable here, and Counts was positioned to be a conduit for such information.

I look forward to your continued work on this case.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court File