IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  CIVIL NO.: AMD 02 CV 525 |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

Upon consideration of Plaintiff MCB Management Services, LLC's, Motion to Compel Production of Documents Authored by an MCB Employee, Defendant's response thereto, and Plaintiff's reply, it is this 16th day of December, 2002:

ORDERED that Plaintiff MCB Management Services, LLC's, Motion to Compel Production of Documents Authored by an MCB Employee be, and the same hereby is, DENIED.

Andre M. Davis
United States District Judge

cc: Counsel of Record