

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **MCB Management Services, LLC and Physician Support Services, LLC,** | * |
| Plaintiffs/Counter-Defendants, | * |
| vs. | Civil No.: AMD 02-CV-525 |
| **Washington Regional Cardiac Surgery, P.C.** | * |
| Defendant/Counter-Plaintiff. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### TEMPORARY SEALING ORDER

In connection with Plaintiffs/Counter-Defendants, MCB Management Services, LLC, ("MCB") and Physician Support Services, LLC, ("PSS"), Reply Memorandum in Support of their Motion for Summary Judgment/Opposition to Defendant/Counter-Plaintiff's Motion for Summary Judgment, certain documents and/or subject matters which the parties and/or the Court deem confidential have been filed in these proceedings (hereinafter "the Exhibits"). The parties propose that the Exhibits shall remain sealed.

Interested persons are hereby notified that for a period of ten (10) days from the date of filing of this Reply Memorandum, they may file a written objection to the proposed sealing. Any party to the proceedings wishing to respond to such an objection shall have five (5) days thereafter in which to file a response.

A hearing on any objections will be held no sooner than fifteen (15) days from the date of filing of the Exhibits that the parties proposed to seal. The Court will thereafter make specific




2

findings of fact and determinations of law relative to the continued sealing or unsealing of the Exhibits. Pending the Court's final ruling, the Exhibits are hereby TEMPORARILY SEALED.

Dated: 1/2/03

Andre M. Davis
United States District Judge

2