IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al.,  )<br>   )<br>   Plaintiffs,   )<br>   )<br>   v.   )<br>   )<br>WASHINGTON REGIONAL CARDIAC   )<br>SURGERY, P.C.,   )<br>   )<br>   Defendant.   )<br>_____ ) | CIVIL NO.: AMD 02 CV 525<br><br>____FILED  ____ENTERED<br>____LODGED  ____RECEIVED<br><br>JAN 1 4 2003<br><br>BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>                          DEPUTY |

### ORDER

Upon consideration of Defendant Washington Regional Cardiac Surgery, P.C.'s ("WRCS") Motion for Leave to Supplement its Opposition to Plaintiffs' Motion for Summary Judgment, and any response and reply thereto, it is this /4th day of Jan., 2003:

ORDERED that WRCS's Motion for Leave to Supplement its Opposition to Plaintiffs' Motion for Summary Judgment be, and the same hereby is, GRANTED.

_____
Andre M. Davis
United States District Judge

cc: Counsel of Record



BA - 80667/0003 - 148063 v1