IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., ) ) ) | |
| Plaintiffs/ Counterclaim Defendants, ) ) ) ) | |
| v. ) ) | CIVIL NO.: AMD 02 CV 525 |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., ) ) ) ) | |
| Defendant/ Counterclaim Plaintiff. ) ) ) ) | |

### TEMPORARY SEALING ORDER

In connection with Defendant/Counterclaim Plaintiff Washington Regional Cardiac Surgery, P.C.'s ("WRCS") Reply Memorandum in support of its Motion for Summary Judgment (the "Reply"), a document which the parties and/or the Court deem confidential have been filed in these proceedings filed as Exhibit 76 (the "Exhibit"). The parties propose that the Exhibit shall remain sealed.

Interested persons are hereby notified that for a period of ten (10) days from the date of filing of this Reply, they may file a written objection to the proposed sealing. Any party to the proceedings wishing to respond to such an objection shall have five (5) days thereafter in which to file a response.

A hearing on any objections will be held no sooner than fifteen (15) days from the date of filing of the Exhibit that the parties propose to seal. The Court will thereafter make specific findings of fact and determinations of law relative to the continued sealing or unsealing



of the Exhibit. Pending the Court's final ruling, the Exhibit is hereby TEMPORARILY SEALED.

Dated: 1/14/2003

_____
Andre M. Davis
United States District Judge