UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

February 4, 2003

MEMORANDUM TO COUNSEL RE:

MCB Management Services, LLC v.
Washington Regional Cardiac Surgery, P.C.
Civil No. AMD 02-525

    I have had an opportunity to review the summary judgment record. Although that preliminary review has not been comprehensive, it is perfectly clear to me that this is a case that cries out for mediation. Your joint request for a referral to a Magistrate Judge makes imminent good sense.

    I had the impression from Mr. Barley's January 17, 2003, letter that you would have wanted me to refer you to a Magistrate Judge for some sort of expedited ADR process, while retaining the March trial date, and while I continued to work on the summary judgment motions. That seems to be quite unrealistic and wasteful of judicial resources, not least because our Magistrate Judges are generally booked well in advance. Moreover, with the upcoming spring break period, I do not believe it is appropriate to ask any of the Magistrate Judges to expedite this case. Although settlement is made more urgent with a firm trial date, sometimes it simply is not possible to maintain such desirable conditions.

    Accordingly, I have canceled the trial date and I have suspended work on the summary judgment motions pending the exhaustion of the ADR proceedings.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court File