**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>FAX (410) 962-0820<br>MDDAMDChambers@mdd.uscourts.gov |

May 12, 2003

MEMORANDUM TO COUNSEL RE:   MCB Management Services, LLC, et al. v.
Washington Regional Cardiac Surgery, P.C.
Case No. AMD 02-525

    This will confirm that a hearing on the cross-motions for summary judgment has been scheduled for Friday, May 23, 2003, at 2:00 p.m. The hearing will be held in courtroom 5B of the Courthouse.

    Please be certain to bring your calendars with you so that any further scheduling of this case might be accomplished.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt