IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

|  |  |  |
|---|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., | ) ) ) ) | |
|     Plaintiffs/ Counterclaim Defendants, | ) ) ) ) | |
| v. | ) ) | CIVIL NO.: AMD 02 CV 525 |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | ) ) ) | |
|     Defendant/ Counterclaim Plaintiff. | ) ) ) ) | |
| ------------------------------------------------------ | ) ) | |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | ) ) ) | |
|     Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WILLIAM BEAM and CHARLES ALBERT ZORN, III, | ) ) ) | |
|     Counterclaim Defendants. | ) ) ) | |

**DEFENDANT/COUNTERCLAIM PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 15(a) and Local Rule 103(6), Defendant/Counterclaim Plaintiff, Washington Regional Cardiac Surgery, P.C. ("WRCS"), moves for leave to file an amended answer and counterclaims

\\\BA - 80667/0003 - 155028 v3

adding Mr. William Beam ("Mr. Beam") and Mr. Charles Albert Zorn, III ("Mr. Zorn") as counterclaim defendants. During the course of discovery, WRCS learned that Mr. Beam and Mr. Zorn, majority owners of plaintiffs MCB Management Services, LLC ("MCB") and Physician Support Services, LLC's ("PSS") (collectively, "Plaintiffs"), personally committed intentional, wrongful and fraudulent acts against WRCS.

WRCS entered into two agreements, one management agreement and one billing agreement, with plaintiffs MCB and PSS. WRCS alleged in its counterclaims that, among other things, MCB and PSS defrauded WRCS and breached the parties' agreements by wrongfully diverting payments received from WRCS and using them for wrongful purposes. In particular, although WRCS's monthly payments to MCB were, pursuant to contract between the parties, to be used only to pay WRCS's overhead expenses, MCB and PSS instead used those payments to pay the expenses of MCB and PSS, and to generate profits for MCB and PSS.

WRCS learned during discovery that Mr. Beam and Mr. Zorn personally and intentionally misrepresented MCB's use of WRCS's payments and personally and intentionally caused MCB and PSS to misuse those payments. Among other things, Mr. Beam and Mr. Zorn prepared and provided to WRCS false financial statements that directly contradicted MCB's own internal financial statements. The financial statements that Mr. Beam and Mr. Zorn gave to WRCS falsely showed that MCB did not derive a profit from its relationship with WRCS

and, again falsely, that MCB used WRCS's payments only to pay for WRCS's overhead expenses.  MCB's internal financial statements – not seen by WRCS until discovery – showed that MCB reaped enormous profits from WRCS.  Mr. Beam and Mr. Zorn also falsely represented, both orally and in e-mail messages, that MCB was not deriving a profit from WRCS and that MCB, Mr. Beam and Mr. Zorn were only using WRCS's monthly payments to pay for WRCS's overhead expenses.

WRCS also learned in discovery that Mr. Beam and Mr. Zorn personally benefited from their false and misleading financial statements and other misrepresentations.  Mr. Beam's total 2000-01 compensation from MCB approached $1.3 million while that of Mr. Zorn's approached $800,000 for that same time period.  Mr. Beam and Mr. Zorn derived virtually all of this compensation from WRCS's misdirected payments.  Because they derived these profits by fraud, Mr. Beam and Mr. Zorn should be forced to disgorge and return to WRCS their wrongful profits.

Pursuant to Local Rule 103(6)(d), counsel for WRCS asked counsel for MCB for its consent to this motion.  Counsel for MCB did not consent to the motion.

WHEREFORE, Defendant/Counterclaim Plaintiff, WRCS, respectfully requests that the Court issue an Order granting WRCS leave to file Defendant's Amended Answer and Counterclaims in the form submitted as Exhibit 1 to the Memorandum of Law in Support of Defendant/Counterclaim Plaintiff's Motion for

Leave to File Amended Answer and Counterclaims.  A proposed Order is being submitted with this motion.

Dated:  May 13, 2003

>Respectfully submitted,
>
>_____/s/_____
>Mark D. Gately (Fed. Bar No. 00134)
>Steven F. Barley (Fed. Bar No.  10049)
>Robert A. Cohen (Fed. Bar No.  25278)
>HOGAN & HARTSON L.L.P.
>111 South Calvert Street
>Suite 1600
>Baltimore, Maryland 21202
>(410) 659-2700
>(410) 539-6981 (fax)
>
>Attorneys for Washington Regional
>Cardiac Surgery, P.C.