IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

|  |  |  |
|---|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., | ) ) ) ) | |
| Plaintiffs/ Counterclaim Defendants, | ) ) ) ) ) | |
| v. | ) ) | CIVIL NO.: AMD 02 CV 525 |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | ) ) ) ) | |
| Defendant/ Counterclaim Plaintiff. | ) ) ) ) | |
| ------------------------------------------------------ | ) ) | |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | ) ) ) ) | |
| Counterclaim Plaintiff, | ) ) ) ) | |
| v. | ) ) | |
| WILLIAM BEAM and CHARLES ALBERT ZORN, III, | ) ) ) ) | |
| Counterclaim Defendants. | ) ) ) | |

## ORDER

Upon consideration of Defendant/Counterclaim Plaintiff's Motion for

Leave to File Amended Answer and Counterclaims, the memorandum in support

\\\BA - 80667/0003 - 155789 v1

thereof, Plaintiff/Counterclaim Defendant's response thereto, and any reply, it is this _____ day of _____, 2003:

      ORDERED that Defendant/Counterclaim Plaintiff's Motion for Leave to File Amended Answer and Counterclaims be, and the same hereby is, GRANTED;

      ORDERED that Defendant/Counterclaim Plaintiff's Amended Answer and Counterclaims as proposed and attached to the Memorandum of Law in Support of Defendant/Counterclaim Plaintiff's Motion for Leave to File Amended Answer and Counterclaims shall be filed within ten (10) days of the date of this Order and served along with a Summons to each, upon Mr. William Beam and Mr. Charles Zorn, unless counsel for plaintiffs/counterclaim defendants MCB and PSS indicate that they will accept service for Mr. Beam and Mr. Zorn; and it is

      FURTHER ORDERED that Counterclaim Defendants Mr. William Beam and Mr. Charles Zorn each shall file and serve replies to Defendant/Counterclaim Plaintiff's Amended Answer and Counterclaims within twenty (20) days of the date on which the Amended Answer and Counterclaims are served upon them.

                                      _____
                                        Andre M. Davis
                                        United States District Judge

cc:   Counsel of Record