FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., <br><br> Plaintiffs/ Counterclaim Defendants, <br><br> v. <br><br> WASHINGTON REGIONAL CARDIAC SURGERY, P.C., <br><br> Defendant/ Counterclaim Plaintiff. <br> ------------------------------------------------------- <br> WASHINGTON REGIONAL CARDIAC SURGERY, P.C., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> WILLIAM BEAM and CHARLES ALBERT ZORN, III, <br><br> Counterclaim Defendants. | CIVIL NO.: AMD 02 CV 525 |

## NOTICE OF FILING OF DOCUMENTS UNDER SEAL

Exhibits 5, 7-12, which are attachments to Defendant/Counterclaim Plaintiff Washington Regional Cardiac Surgery, P.C.'s ("WRCS"), Motion for Leave to File Amended Answer and Counterclaims, will be filed with the Clerk's Office in

\\\BA - 80667/0003 - 155802 v1

paper format so that they may be placed under seal.  I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated:  May 15, 2003                    Respectfully submitted,

_____/s/_____
Mark D. Gately (F. B. No. 00134)
Steven F. Barley (F. B. No.  10049)
Robert A. Cohen (F. B. No.  25278)
HOGAN & HARTSON L.L.P.
111 South Calvert Street
Suite 1600
Baltimore, Maryland 21202
(410) 659-2700
(410) 539-6981 (fax)

Attorneys for Washington Regional Cardiac Surgery, P.C.