1

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
                      (Northern Division)

MCB MANAGEMENT SERVICES,
LLC, et al.

            Plaintiffs/
            Counterclaim
            Defendants

                                    Civil No:
     vs.                            AMD 02 CV 525

WASHINGTON REGIONAL CARDIAC
SURGERY, P.C.

            Defendant/
            Counterclaim
            Plaintiff
_____/
```

The videotaped deposition of LAWRENCE ROBERT SHERMAN was held on Tuesday, December 17, 2002, commencing at 1:07 p.m., at the Law Offices of Hogan & Hartson, LLP, 111 South Calvert Street, Suite 1600, before Carol A. Chess, a Notary Public.

REPORTED BY: Carol A. Chess

GORE BROTHERS Reporting & Video Co., Inc.
410-837-3027

Towson Reporting Company
410-828-4148

| | |
|---|---|
| 1 | language in describing his relationship with |
| 2 | physicians at WRCS? |
| 3 | A   Mister -- Mr. Beam, after early 1999, had |
| 4 | made a comment that, excuse my language, fuck the docs |
| 5 | before they fuck you. |
| 6 | Q   And what did you understand that to mean? |
| 7 | A   Bill was upset with either the small |
| 8 | amount of a bonus for end of year 1998 or no bonus for |
| 9 | 1998 from the physicians.  And Bill thought that the |
| 10 | physicians were screwing him. |
| 11 | Q   And what did you understand the import of |
| 12 | his, his comment to you? |
| 13 | A   Well, do what you can to manipulate and |
| 14 | manipulate whatever you can to get out of the docs. |
| 15 | Take whatever you could from them because, you know, |
| 16 | they'll, they'll take it from you. |
| 17 | Q   Did you ever have any discussions with |
| 18 | Mr. Beam about Mr. Barsky? |
| 19 | A   Yes. |
| 20 | Q   I'm sure you had a lot of them.  I'm |
| 21 | interested in discussions where Mr. Beam may have |