```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2                     (NORTHERN DIVISION)

 3

     MCB MANAGEMENT SERVICES, LLC,
 4   et al.

 5              Plaintiffs

 6       vs.                        CIVIL ACTION NO:
                                    AMD02-CV-525
 7   WASHINGTON REGIONAL CARDIAC
     SURGERY, P.C.
 8
                Defendant
 9   _____/

10              The deposition of CHARLES A. ZORN, III was

11   held on Friday, July 26, 2002, commencing at 10:00

12   A.M., at the Law Offices of Hogan & Hartson, 111 South

13   Calvert Street, Suite 1600, Baltimore, Maryland before

14   Ronda J. Thomas, Notary Public.

15   APPEARANCES:

16              STEVEN F. WROBEL, ESQUIRE
                   On behalf of Plaintiffs
17
                STEVEN F. BARLEY, ESQUIRE and
18              ROBERT A. COHEN, ESQUIRE
                   On behalf of Defendant
19

20

21   REPORTED BY:  Ronda J. Thomas, RPR
```

C - O - N - F - I - D - E - N - T - I - A - L

18

1    25 percent.

2           Q      Who were the other owners?

3           A      Bruce Barwick and Bill Beam.

4           Q      What were their percentages?

5           A      Bruce's was ten Bill's was the resume, 65.

6           Q      What was Mr. Barwick's role with the

7    company?

8           A      He purchased the ten percent and attended

9    our meetings, our monthly meetings.  He basically

10   interjected whatever thoughts or suggestions that he

11   had at those meetings or also interacted at times with

12   any of the decision making.

13          Q      Was he -- he was an investor in the

14   company?

15          A      That's correct.

16          Q      What did he pay for his stake in the

17   company?

18          A      I believe $20,000.

19          Q      Did you pay anything for your 25 percent

20   stake?

21          A      65.  Actually it went up to 32 and-a-half

1    when I became president.

2         Q      Did you pay any additional --

3         A      Well, the 65 included the seven and-a-half

4    percent increase.

5         Q      When did that extra seven and-a-half

6    percent kick in?

7         A      Approximately January of 2000.

8         Q      Your duties currently, are they the same as

9    they were two years ago for MCB?

10        A      Yes, it is.

11        Q      Were you aware of any discussions that the

12   goal of MCB was to have it built up and then taken --

13   build up by that I mean doing additional work for other

14   practices and then eventually going public.  Was there

15   ever any discussion?

16        A      There was some discussions of that but, you

17   know.

18        Q      When did they occur?

19        A      They were always, you know, we were always

20   discussing different ways of trying to build the

21   practice and possibly going public and so on down the

```
 1        Q      What was your salary?

 2        A      At what juncture?

 3        Q      Why don't you take me, you know, from

 4   November of '99 through the present?

 5        A      Okay.  November of '99 the annual salary

 6   was, as I stated, 175,000 with bonus and I can't

 7   remember exactly what the bonus was.  It might have

 8   been 20 or 25,000 or something to that effect.  The

 9   salary was increased in 2000 when I was moved up to

10   president and the salary was 250,000.

11        Q      Then in 2001?

12        A      Same.

13        Q      Is it the same this year?

14        A      It's lower, no, sir.

15        Q      I realize the year isn't over yet, but what

16   is the annualized?

17        A      Projected out probably around $200,000 or

18   so.

19        Q      Did you also receive any distributions from

20   the company above your salary during '99 through 2002?

21        A      Yes.
```

24

```
1          Q      Can you tell me about the amounts of the

2    distributions?

3          A      2001 I want to say about 130, 140.

4          Q      Thousand?

5          A      Yep.  Actually I'm sorry, that was 2000.

6    2001 I'd have to look it up.  I want to say maybe about

7    80 or 90.

8          Q      This is above your salary?

9          A      Yes, sir.

10         Q      What were the distributions?

11         A      Based upon percentage of ownership.

12         Q      So Mr. Beam and Mr. Barwick also received

13   distributions?

14         A      That's correct.

15         Q      Were they in keeping with the ownership

16   of --

17         A      They were in proportion to the ownership.

18         Q      How was that accounted for on the books of

19   MCB?

20         A      As a distribution.

21         Q      Was there any guaranteed distribution?
```

41

1      A      Yes, sir.

2      Q      So if I understand this right, when you

3   come on board in March of 1998 the only account is

4   Washington Regional Cardiac Surgery, WRCS?

5      A      That's correct.

6      Q      And then in July of 1998 you sign up two

7   other accounts?

8      A      Correct.

9      Q      The vascular surgeons and thoracic

10  surgeons?

11     A      Correct.

12     Q      Up until November of 1999 you didn't sign

13  up any other accounts, it was still just these three

14  accounts?

15     A      That's correct.

16     Q      As of August of 2001, how many accounts

17  did, separate accounts, did MCB have?

18     A      Two.

19     Q      What were those accounts?

20     A      An account called Washington Vascular and

21  Thoracic Associates.  Sorry to make you write that

42

```
 1    long, it's a long one.  We also had the Division of

 2    Arthritis Surgery at Good Samaritan Hospital.

 3            Q      Arthritis surgery?

 4            A      Uh-huh, orthopedic.

 5            Q      Hungerford?

 6            A      You got it.

 7            Q      Is the first group you mentioned Washington

 8    Vascular Thoracic Associates, is that related to the

 9    Mid Atlantic Vascular and Mid Atlantic Thoracic?

10            A      Yes, it was actually the Washington segment

11    basically collapsed into Washington Vascular and

12    Thoracic and the Georgetown segment went away.

13            Q      I see.  Did you have any other accounts

14    between March of '98 and August of 2001, one that may

15    have come and gone?

16            A      Not management, no, sir.

17            Q      Were you spending, you or Mr. Beam or

18    someone else spending a lot of time trying to get other

19    practices to manage?

20            A      Our business more by word-of-mouth and if

21    someone would call me and say hey, I might have an
```

1    other two accounts were revenues that we were getting

2    in.

3         Q    What type of revenue were you deriving from

4    these other accounts at MCB?

5         A    Are you looking -- it was management

6    contract with those specific accounts.

7         Q    Right.  What kind of numbers we talking

8    about?

9         A    What point in time?

10        Q    2000.

11        A    2000?

12        Q    Yes.

13        A    I believe we were getting approximately

14   eight or $9,000 a month for -- let me just say this.

15   Those accounts, the accounts that I'm talking about

16   which would be Washington Vascular and Thoracic and

17   also Good Samaritan Hospital are entirely different

18   than this particular account.  It wasn't set up the

19   same way.

20        Q    How were those set up?

21        A    Washington Vascular and Thoracic for the

1    $8,000 was basically a management fee that didn't

2    include us paying any of their overhead expenses, any

3    of their salaries were individuals, et cetera.

4           Now, Good Samaritan Hospital, we did have

5    their individual, all but one of their individual FTEs

6    on our books and their operating expense was basically

7    whatever we expend we get reimbursed for so, for

8    instance, we paid their rent which was X amount of

9    dollars and they reimbursed us for paying their rent.

10          Q    Did you get anything over and above

11   reimbursing them?

12          A    Sure.  Sure.

13          Q    What did you get over and above that?

14          A    I mean, it varied each month.  I'm going to

15   say approximately $10,000 per month.

16          Q    How was that amount determined?

17          A    That's what I said it varied every month.

18   Basically depending on whether you had a three-pay

19   month or a two-pay month it would vary.

20          Q    Well, I mean, did they say we'll pay you --

21          A    They said we'll pay you $45,000 a month for

C - O - N - F - I - D - E - N - T - I - A - L

50

1    all of the salaries, all the fringe benefits of those

2    individuals that you're employing, plus your

3    quote/unquote management fee.

4         Q    What was the quote/unquote management fee

5    part of it?

6         A    That's what I'm saying it was,

7    approximately $10,000 a month.

8         Q    And the management fee was for management

9    duties and managing the practice for them?

10        A    Sure.  Absolutely.

11        Q    Personnel?

12        A    Human resources, getting the fringe

13   benefits, doing the accounts payable, paying the rent,

14   doing financial statements for them, interacting with

15   the physicians, so on down the line.

16        Q    So if I understand this right, over and

17   above expenses that you would be paying for their

18   practice, for these two practices, you've got

19   approximately a little shy of $20,000 a month?

20        A    About $20,000.

21        Q    In 2000?

1          A      Yes.

2                 MR. BARLEY:  Why don't we take about a five

3    minute break.

4                 (There was a break at 10:37 a.m and

5    testimony resumed at 10:48 a.m.)

6          Q      We were talking about you had looked at

7    Exhibit 1 which was the MCB WRCS 1998 agreement.  Was

8    there ever any discussion that you recall about whether

9    MCB could generate a profit from that agreement?

10         A      From this agreement?

11         Q      Yes.

12         A      Well, I thought that in number three it

13   kind of discussed that, if I'm not mistaken.

14         Q      Maybe I wasn't clear, what I'm asking is if

15   back in 1998 or '99, whether you recall any discussions

16   that you had with anyone or ever heard discussions with

17   anyone about whether MCB could profit from the 1998

18   agreement with WRCS?

19         A      I don't really recall any specifics as to

20   people saying you guys can, you know, make X amount of

21   dollars or what have you.