1

```
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF MARYLAND
 3    ----------------------------------+
                                        |
 4    MCB MANAGEMENT SERVICES,          |
                                        |
 5    LLC, et al.,                      |
                                        |
 6        Plaintiffs/Counter-Defendants,|
                                        |
 7                  v.                  |  AMD02-CV-525
                                        |
 8    WASHINGTON REGIONAL CARDIAC       |
                                        |
 9    SURGERY,                          |
                                        |
10        Defendant/Counter-Plaintiff.  |
                                        |
11    ----------------------------------+
12             Deposition of NANCY KERSHNER
13                    Washington, D. C.
14                Wednesday, October 23, 2001
15                        11:52 a.m.
16
17
18
19
20    Job No:  1-6706
21    Pages 1 - 42
22    Reported by:  Stephany L. Jerome
```



**L.A.D. REPORTING COMPANY, INC.**

1100 Connecticut Avenue, NW • Suite 1150, Washington, D.C. 20036 • 202.861.3410
Fax: 202.861.3425 • 800.292.4789 • Website: ladreporting.com • E-mail: lisa@ladreporting.com

NATIONWIDE COURT REPORTERS AND VIDEOGRAPHERS

20

| | | |
|---|---|---|
| 1 | Then of course after I had the | 12:12:57 |
| 2 | conversation with Dr. Bafi, which took place prior | 12:12:59 |
| 3 | to October 1st, because those things were to be | 12:13:03 |
| 4 | implemented October 1st, he then, I believe, made | 12:13:07 |
| 5 | an appointment to meet with MCB and PSS in | 12:13:10 |
| 6 | Baltimore. And about a week or two after he met | 12:13:14 |
| 7 | with them. I believe his meeting was in October, | 12:13:17 |
| 8 | and all of the list of things that were going to be | 12:13:20 |
| 9 | implemented at that time, terminating Hildegard and | 12:13:25 |
| 10 | so on, had been put on hold by the doctors and | 12:13:30 |
| 11 | pending, I assume, Dr. Bafi going down there and | 12:13:35 |
| 12 | talking to them. | 12:13:39 |
| 13 | And one morning I came into my office and | 12:13:41 |
| 14 | my private line was ringing. It was early. It was | 12:13:44 |
| 15 | before nine o'clock. This was after Dr. Bafi had | 12:13:48 |
| 16 | gone to Baltimore to the meeting. And I picked up | 12:13:53 |
| 17 | the phone and it was Bill Bean and he -- I will | 12:13:56 |
| 18 | paraphrase because I'm not exactly sure what he | 12:13:59 |
| 19 | said, but it has stuck in my memory because it was | 12:14:03 |
| 20 | such a jolt. He said, "What's going on down there? | 12:14:06 |
| 21 | What does Bafi think he's trying to do? Somebody | 12:14:09 |
| 22 | better tell him that he needs to watch his step. | 12:14:13 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY COMPANY
(202) 861-3410   (301) 762-8282   (800) 292-4789   (703) 288-0026