1

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

-------------------------------+

MCB MANAGEMENT SERVICES,

LLC, et al.,

    Plaintiffs/Counter-Defendants,

         v.

WASHINGTON REGIONAL CARDIAC

SURGERY,

    Defendant/Counter-Plaintiff.

-------------------------------+

AMD02-CV-525

Deposition of JANICE WOLF

Washington, D. C.

Wednesday, October 23, 2001

10:10 a.m.

Job No:  1-6706

Pages 1- 77

Reported by:  Stephany L. Jerome



**L.A.D. REPORTING COMPANY, INC.**
1100 Connecticut Avenue, NW • Suite 1150, Washington, D.C. 20036 • 202.861.3410
Fax: 202.861.3425 • 800.292.4789 • Website: ladreporting.com • E-mail: lisa@ladreporting.com

NATIONWIDE  COURT  REPORTERS  AND  VIDEOGRAPHERS

DEPOSITION OF JANICE WOLF
CONDUCTED ON WEDNESDAY, OCTOBER 23, 2002

16

| | | |
|---|---|---|
| 1 | Q    Back to this phone call.  Can you recall | 10:25:17 |
| 2 | specifically what Mr. Bean said other than his tone | 10:25:23 |
| 3 | that you interpreted or perceived as threatening? | 10:25:26 |
| 4 | A    Well, I remember him saying -- one was -- | 10:25:30 |
| 5 | his exact words were, "Dr. Bafi, that guy is | 10:25:33 |
| 6 | getting too big for his britches and he better not | 10:25:38 |
| 7 | be sticking his nose in places where it doesn't | 10:25:41 |
| 8 | belong."  And just -- as far as specifics, that's | 10:25:45 |
| 9 | really all I can recall. | 10:25:48 |
| 10 | He indicated something to the effect that | 10:25:50 |
| 11 | they better not start, you know, making an issue of | 10:25:52 |
| 12 | things or causing problems or again -- I can't | 10:25:56 |
| 13 | really get any other specifics.  I can't recall. | 10:26:02 |
| 14 | Q    Did you relate that conversation to | 10:26:06 |
| 15 | either Dr. Corso and/or Dr. Bafi? | 10:26:08 |
| 16 | A    I did because it was a little concerning | 10:26:11 |
| 17 | to me. | 10:26:13 |
| 18 | Q    Who did you tell? | 10:26:13 |
| 19 | A    Both of them, actually.  I believe I | 10:26:15 |
| 20 | talked to Dr. Bafi first and then Dr. Corso.  Also, | 10:26:18 |
| 21 | I don't remember the order, but both of them at | 10:26:24 |
| 22 | some point I did tell them about it. | 10:26:26 |