IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., | ) ) ) |
| Plaintiffs/ Counterclaim Defendants, | ) ) ) ) ) |
| v. | ) ) ) |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | ) ) ) ) |
| Defendant/ Counterclaim Plaintiff. | ) ) ) ) |

CIVIL NO.: AMD 02 CV 525

## TEMPORARY SEALING ORDER

In connection with Defendant/Counterclaim Plaintiff Washington Regional Cardiac Surgery, P.C.'s ("WRCS") Motion for Leave to File Amended Answer and Counterclaims, certain documents and/or subject matters which the parties and/or the Court deem confidential have been filed in these proceedings (the "Exhibits"). The parties propose that the Exhibits shall remain sealed.

Interested persons are hereby notified that for a period of ten (10) days from the date of filing of the Exhibits, they may file a written objection to the proposed sealing. Any party to the proceedings wishing to respond to such an objection shall have five (5) days thereafter in which to file a response.

A hearing on any objections will be held no sooner than fifteen (15) days from the date of filing of the Exhibits that the parties propose to seal. The Court will thereafter make specific findings of fact and determinations of law relative to the continued sealing or unsealing

```
```

2

of the Exhibits. Pending the Court's final ruling, the Exhibits are hereby TEMPORARILY SEALED.

Dated:_____

                                                Andre M. Davis
                                                United States District Judge