IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., | ) ) ) |
| Plaintiffs/ Counterclaim Defendants, | ) ) ) ) ) |
| v. | ) CIVIL NO.: AMD 02 CV 525 ) |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | ) ) ) |
| Defendant/ Counterclaim Plaintiff. | ) ) ) ) |

## ORDER

Now pending is Defendant/Counterclaim Plaintiff Washington Regional Cardiac Surgery, P.C.'s ("WRCS") Motion to Seal (the "Motion") exhibits 5 and 7-12 to WRCS's Motion for Leave to File Amended Answer and Counterclaims (the "Exhibits"). For the reasons that follow, the motion is GRANTED.

### FINDINGS OF FACT

1. On July 15, 2002, this Court entered a Stipulated Order Regarding Confidentiality of Discovery Material (the Protective Order") governing the handling and submission of confidential and proprietary information and documents. The Exhibits contain confidential and proprietary information that fall within the protection of that Order. Plaintiffs will suffer harm and/or their interests will be prejudiced if these materials are made available to the public.

2. The Exhibits contain confidential business information that Plaintiffs designated as "Confidential Information" and that WRCS has agreed to

treat as "Confidential Information." It is the view of this Court that the alternatives to sealing the documents would not afford sufficient protection, as the information contained in this filing would become part of the public record and accessible to the public through the Court's files.

## CONCLUSION OF LAW

Based on the foregoing findings of fact, this Court has determined that the Plaintiffs' interests would not be adequately protected by measures other than filing the Exhibits under seal.

## ORDER

Accordingly, it is hereby

ORDERED, that WRCS's Motion to Seal the Exhibits is hereby GRANTED, and it is further

ORDERED, that the Exhibits are hereby SEALED.

Dated:_____

                                                Andre M. Davis
                                                United States District Judge