IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | Civil No. AMD 02-525 |
| | : | |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | : | |
|     Defendant | : | |

...o0o...

ORDER

In this diversity case, plaintiffs, MCB Management Services, LLC, a medical management company, and Physician Support Services, LLC, a medical billing company, have asserted claims for breach of contract against defendant Washington Regional Cardiac Surgery, P.C. The gravamen of plaintiffs' claims is that defendant wrongfully terminated its agreements with plaintiffs without first giving them notice of an alleged breach or an opportunity to cure, pursuant to certain provisions of the parties' written agreements. Defendant has asserted counterclaims against plaintiffs for fraud and breach of contract.

On May 23, 2003, the court conducted a hearing in open court on the parties' cross-motions for summary judgment, as well as counter-plaintiff's motion to amend the answer and counterclaim for the purpose of joining additional counter-defendants. Counsel were heard at length and the court explained at length the basis for its conclusions that the motions for summary judgment should be denied and the motion to amend should be granted.

Regrettably, in sum, the parties' written agreements, executed without an experienced lawyer's review and counsel, have left the parties' legal relationships in a state of profound chaos. Among other issues that are open for decision by a factfinder is the very question of

whether there ever was a "meeting of the minds" on critical issues, such that a legally enforceable agreement was created in the first instance. Moreover, drawing all inferences in favor of the counter-plaintiff, although the question is a close one, the plausible "badges of fraud" sprinkled throughout this record preclude the dismissal of the fraud claims. Finally, for the reasons stated on the record, counter-plaintiff's delay in asserting claims against the individuals named in the proposed amended complaint was entirely reasonable. No undue or unfair prejudice will redound to the detriment of the newly-joined defendants, who shall be given ample opportunity to complete any and all discovery necessary to permit them to mount a comprehensive and robust defense.

Accordingly, for the reasons set forth on the record, it is this 27th day of May, 2003, hereby ORDERED

(1)   That the cross-motions for summary judgment (Paper Nos. 29 and 33) are DENIED; and it is further ORDERED

(2)   That the motion to seal (Paper No. 41) is GRANTED; and it is further ORDERED

(3)   That the motion for leave to file amended answer and counterclaim (Paper No. 51) is GRANTED; and it is further ORDERED

(4)   That the parties shall submit, on or before June 23, 2003, a joint status report as to the need for further discovery and any other issue(s) of concern, which are necessary and appropriate to move this case to a prompt and just conclusion.

/s/
ANDRÉ M. DAVIS
United States District Judge