# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**MCB MANAGEMENT SERVICES, LLC, et al.**

        **Plaintiff and Counterclaim Defendant,**

                                     **S U M M O N S**

    **vs.**

                            **CIVIL ACTION NO.  AMD-02-CV 525**

**WASHINGTON REGIONAL CARDIAC
SURGERY, P.C., et al.**

        **Defendant and Counterclaim Plaintiff.**

    **vs.**

**WILLIAM BEAM,**

        **Counterclaim Defendant.**

**TO THE ABOVE NAMED DEFENDANT:**

    You are hereby summoned and required to serve upon Washington Regional Cardiac

Surgery, P.C.'s attorney, whose name and address is:

                Steven F. Barley, Esquire
                Hogan & Hartson L.L.P.
                111 S. Calvert Street
                Suite 1600
                Baltimore, MD  21202

an answer to the Amended Answer to Complaint and Counterclaims which is herewith served

upon you, within twenty (20) days after service of this summons upon you, exclusive of the date

of service.  If you fail to do so, judgment by default will be taken against you for the relief

demanded in the Amended Answer to Complaint and Counterclaims.

                Sincerely,

                Felicia C. Cannon, Clerk

**By:** *H. Lee*

                Deputy Clerk

**DATE: May 27, 2003**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MCB MANAGEMENT SERVICES, LLC, et al.

        **Plaintiff and Counterclaim Defendant,**

                                      **S U M M O N S**

    **vs.**

                             **CIVIL ACTION NO.  AMD-02-CV 525**

**WASHINGTON REGIONAL CARDIAC**
**SURGERY, P.C., et al.**

        **Defendant and Counterclaim Plaintiff.**

    **vs.**

**CHARLES ALBERT ZORN, III,**

        **Counterclaim Defendant.**

**TO THE ABOVE NAMED DEFENDANT:**

    You are hereby summoned and required to serve upon Washington Regional Cardiac

Surgery, P.C.'s attorney, whose name and address is:

        Steven F. Barley, Esquire
        Hogan & Hartson L.L.P.
        111 S. Calvert Street
        Suite 1600
        Baltimore, MD  21202

an answer to the Amended Answer to Complaint and Counterclaims which is herewith served

upon you, within twenty (20) days after service of this summons upon you, exclusive of the date

of service.  If you fail to do so, judgment by default will be taken against you for the relief

demanded in the Amended Answer to Complaint and Counterclaims.

        Sincerely,

        Felicia C. Cannon, Clerk

    **By:**    *H. Lee*

        **Deputy Clerk**

**DATE: May 27, 2003**

U.S. District Court (12/1999) - Summons