(410) 547-2417

June 23, 2003

The Honorable Andre M. Davis
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    Status Report: <u>MCB, et al. v.WRCS</u>
            Case No.: AMD 02-CV-525

Dear Judge Davis:

    Pursuant to the Court's Request at the hearing on summary judgment held on May 23rd, the parties submit the following joint status report:

- Mr. Beam and Mr. Zorn were both served (via counsel for MCB) with the Amended Answer and Counterclaim on May 27, 2003;

- Pursuant to a Consent Motion, this Court allowed Mr. Beam and Mr. Zorn until July 10, 2003 to file responsive pleadings to the Amended Answer and Counterclaim;

- Mr. Beam and Mr. Zorn have determined that they will be jointly employing additional counsel for them in their individual capacities. They anticipate having responsive pleadings filed by the July 10, 2003 deadline.

                            Very truly yours,

                            /s/

                            Steven F. Wrobel

SFW:lef
cc: Steven F. Barley, Esquire