**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., | * | |
| Plaintiffs/Counterclaim Defendants | * | |
| | * | |
| v. | | Civil Action No. AMD-02-CV 525 |
| | * | |
| WASHINGTON REGIONAL, CARDIAC SURGERY, P.C., | * | |
| Defendant/Counterclaim Plaintiff | * | |
| | * | |

---

| | | |
|---|---|---|
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., et al., | * | |
| Defendant and Counterclaim Plaintiff | * | |
| | * | |

v.

                                           *

WILLIAM BEAM and CHUCK ZORN,

                                           *

        Counterclaim Defendants.

                                           *

*     *     *     *     *     *     *     *     *     *     *     *     *

**STIPULATION AND CONSENT ORDER GRANTING EXTENSION
OF TIME FOR COUNTERCLAIM DEFENDANTS TO FILE
A RESPONSIVE PLEADING TO AMENDED ANSWER TO
<u>COMPLAINT AND COUNTERCLAIMS</u>**

        William Beam and Chuck Zorn, Counterclaim Defendants, by counsel, Paul-Michael Sweeney and Linowes and Blocher LLP, together with Counterclaim Plaintiff, Washington Regional Cardiac Surgery, P.C., by counsel, enter into this Stipulation and Consent Order and state as follows:

        1.      On May 15, 2003, Counterclaim Plaintiff filed its Amended Answer to Complaint and Counterclaims, adding Mr. William Beam and Mr. Charles Zorn (collectively the "New Counterclaim Defendants") as counterclaim defendants.  Thereafter, New Counterclaim Defendants agreed to accept service of the Amended Answer to Complaint and Counterclaims.  Counterclaim Plaintiff agreed to extend the time for the New Counterclaim Defendants to file a responsive pleading to the Amended Answer to Complaint and Counterclaims, through and including July 10, 2003.

        2.      Paul-Michael Sweeney, who is entering his appearance as counsel for the New Counterclaim Defendants, requests a further extension of time, due to a death in his family, within which  to file a response to the Amended Answer to Complaint and Counterclaims. The Counterclaim Plaintiff consents to this request.

WHEREFORE, the parties stipulate and agree that the New Counterclaim Defendants

shall have until July 24, 2003 to file their responsive pleading to the Amended Answer to

Complaint and Counterclaims.

SO ORDERED.

Respectfully submitted,

LINOWES AND BLOCHER LLP

/s/ Paul-Michael Sweeney
Paul-Michael Sweeney
Federal Bar No. 00271
7200 Wisconsin Ave., 8th Floor
Bethesda, MD  20814
301-961-5119

Counsel for Counterclaim
Defendants

CONSENTED TO:

HOGAN & HARTSON L.L.P.

/s/ Mark D. Gately
Mark D. Gately
Steven F. Barley
Robert A. Cohen
111 South Calvert Street, #1600
Baltimore, MD  21202
410-659-2700

Counsel for Counterclaim Plaintiffs

**End of Order**

cc:      Mark D. Gately
           Steven F. Barley
           Robert A. Cohen
           Hogan & Hartson L.L.P.
           111 South Calvert Street, #1600
           Baltimore, MD  21202

           Paul-Michael Sweeney
           Linowes and Blocher LLP
           7200 Wisconsin Ave., 8th Floor
           Bethesda, MD  20814

           Gerald P. Martin, Esq.
           Martin, Snyder & Bernstein, P.A.
           217 E. Redwood Street
           Baltimore, MD 21202

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of July, 2003, a copy of the foregoing

Stipulation and Consent Order was served by first class mail, postage prepaid, on Gerard P.

Martin, Esquire, Martin, Snyder & Bernstein, P.A., 217 E. Redwood Street, Baltimore, MD

21202.


/s/ Paul-Michael Sweeney
Paul-Michael Sweeney

IMANAGE:336095 v.1  05641.0001 Curr:  07/09/03  12:02pm
Orig: 7/7/03 4:10:59 PM   Ed: 7/9/03