IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., | * | |
| | * | |
| Plaintiffs/Counterclaim Defendants | * | |
| v. | * | Civil Action No. AMD-02-CV 525 |
| WASHINGTON REGIONAL, CARDIAC SURGERY, P.C., | * | |
| | * | |
| Defendant/Counterclaim Plaintiff | * | |
| | * | |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | * | |
| | * | |
| Defendant and Counterclaim Plaintiff | * | |
| | * | |
| v. | * | |
| WILLIAM BEAM and CHARLES ZORN, | * | |
| | * | |
| Counterclaim Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO DISMISS OR, IN THE ALTERNATIVE,
<u>FOR A MORE DEFINITE STATEMENT</u>**

William Beam and Charles Zorn (the "Counterclaim Defendants" or "Beam & Zorn"), by counsel, Paul-Michael Sweeney and Linowes and Blocher LLP, file this Motion to Dismiss or, in the Alternative, For More A Definite Statement, and state as follows:

Counterclaim Defendants have been added to this lawsuit over 15 months after the case was commenced and purportedly after all discovery had been completed by the real parties in

interest.  As was reported at the hearing held on May 23, 2003, the original parties to this case claim that they are ready for trial.

Now, with the allowed amendment and implementation of what is nothing more than a strike suit, the Counterclaim Plaintiffs are obviously attempting to exert personal pressure on Mr. Beam and Mr. Zorn to force a settlement.  Federal Rule of Civil Procedure Rule 9(b) is designed to prohibit this type of tactic.  Given the Counterclaim Plaintiffs' statement that they were ready for trial and do not require any further discovery, a case for fraud must, and should, be stated with particularity because they cannot state a cause of action with particularity.  The Counts against Mr. Beam and Mr. Zorn should be dismissed.  In the alternative, a more definite statement should be provided by the Counterclaim Plaintiffs in compliance with Federal Rules of Civil Procedure 9(b) and 12(e).

A more detailed explanation in support of this Motion is set forth in the Memorandum In Support of the Motion to Dismiss or, in the Alternative, for a More Definite Statement that is filed herewith.

WHEREFORE, Counterclaim Defendants pray that the Counterclaims be dismissed or, in the alternative, that the Counterclaim Plaintiff be required to file a more definite statement setting forth specific facts supporting the allegations of fraud against Mr. Beam and Mr. Zorn.  The Counterclaim Defendants pray for such other and further relief as is appropriate and just.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

LINOWES AND BLOCHER LLP

/s/ Paul-Michael Sweeney
Paul-Michael Sweeney
Federal Bar No. 07072
Carrie B. Weinfeld
Federal Bar Number 25365
7200 Wisconsin Avenue, #800
Bethesda, MD  20814
301-961-5119

Counsel for Counterclaim Defendants

* * *

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of July, 2003, a copy of the foregoing Motion and Memorandum In Support was served via E-mail and by first class mail, postage prepaid, on:

Gerald P. Martin, Esq.
Martin, Snyder & Bernstein, P.A.
217 E. Redwood Street
Baltimore, MD  21202

Mark D. Gately, Esq.
Steven F. Barley, Esq.
Robert A. Cohen, Esq.
Hogan & Hartson, LLP
111 South Calvert Street, #1600
Baltimore, MD  21202

/s/ Paul-Michael Sweeney
Paul-Michael Sweeney

3