**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., | * | |
| Plaintiffs/Counterclaim Defendants | * | |
| | * | |
| v. | | Civil Action No. AMD-02-CV 525 |
| | * | |
| WASHINGTON REGIONAL, CARDIAC SURGERY, P.C., | * | |
| Defendant/Counterclaim Plaintiff | * | |
| | * | |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | * | |
| Defendant and Counterclaim Plaintiff | * | |
| | * | |

v.

                    *

WILLIAM BEAM and CHUCK ZORN,

                    *

    Counterclaim Defendants.

                    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER GRANTING MOTION TO DISMISS**

UPON CONSIDERATION of the Motion to Dismiss or, in the Alternative, for a More Definite Statement filed by William Beam and Chuck Zorn, Counterclaim Defendants, good cause appearing,

IT IS HEREBY ORDERED that the Amended Counterclaims set forth in the Defendants Amended Answer to Complaint and Counterclaims be and are hereby DISMISSED.

SO ORDERED.

**End of Order**

cc:    Mark D. Gately
Steven F. Barley
Robert A. Cohen
Hogan & Hartson L.L.P.
111 South Calvert Street, #1600
Baltimore, MD 21202

Paul-Michael Sweeney
Linowes and Blocher LLP
7200 Wisconsin Ave., 8th Floor
Bethesda, MD 20814

Gerald P. Martin, Esq.
Martin, Snyder & Bernstein, P.A.
217 E. Redwood Street
Baltimore, MD 21202

IMANAGE:337978 v.1  05641.0001 Curr:  07/24/03  04:33pm
Orig: 7/24/03 4:16:18 PM   Ed: 7/24/03