**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | |
|---|---|
| **MCB MANAGEMENT SERVICES, LLC, et al.,** ) | |
| ) | |
| Plaintiffs/Counterclaim Defendants, ) | |
| ) | |
| v. ) | **CIVIL NO.: AMD 02 CV 525** |
| ) | |
| **WASHINGTON REGIONAL CARDIAC SURGERY, P.C.,** ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |
| --------------------------------------------------------- ) | |
| **WASHINGTON REGIONAL CARDIAC SURGERY, P.C.,** ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **WILLIAM BEAM and CHARLES ALBERT ZORN, III,** ) | |
| ) | |
| Counterclaim Defendants. ) | |

**NOTICE OF FILING OF LENGTHY EXHIBITS**

Exhibits 2 and 3, which are attachments to Defendant/Counterclaim Plaintiff Washington Regional Cardiac Surgery, P.C.'s ("WRCS"), Memorandum in Opposition to Motion to Dismiss or, in the Alternative, for a More Definite

Statement, exist only in paper format and if scanned will be larger than 1.5 MB each.  Exhibits 2 and 3 will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated:  August 11, 2003               Respectfully submitted,

                                      _____/s/_____
                                      Mark D. Gately (F. B. No. 00134)
                                      Steven F. Barley (F. B. No.  10049)
                                      Robert A. Cohen (F. B. No.  25278)
                                      HOGAN & HARTSON L.L.P.
                                      111 South Calvert Street
                                      Suite 1600
                                      Baltimore, Maryland 21202
                                      (410) 659-2700
                                      (410) 539-6981 (fax)

                                      Attorneys for Washington Regional
                                      Cardiac Surgery, P.C.

\\\BA - 80667/0003 - 160369 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2003, a copy of Defendant/Counterclaim Plaintiff's Notice of Filing of Lengthy Exhibits and Exhibits 2 and 3 to Defendant/Counterclaim Plaintiff's Memorandum in Opposition to Motion to Dismiss or, in the Alternative, for a More Definite Statement were hand-delivered to:

>Gerald P. Martin, Esq.
>Steven F. Wrobel, Esq.
>Martin, Snyder & Bernstein, P.A.
>217 East Redwood Street
>Suite 2000
>Baltimore, MD  21202


>Paul-Michael Sweeney
>Carrie B. Weinfeld
>Linowes and Blocher LLP
>7200 Wisconsin Ave Ste 800
>Bethesda, MD 20814

>                /s/
>Robert A. Cohen

\\\BA - 80667/0003 - 160369 v1