FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al.,  <br><br>  Plaintiffs/ Counterclaim Defendants,  <br><br>  v.  <br><br> WASHINGTON REGIONAL CARDIAC SURGERY, P.C.,  <br><br>  Defendant/ Counterclaim Plaintiff.  <br>------------------------------------------------  <br> WASHINGTON REGIONAL CARDIAC SURGERY, P.C.,  <br><br>  Counterclaim Plaintiff,  <br><br>  v.  <br><br> WILLIAM BEAM and CHARLES ALBERT ZORN, III,  <br><br>  Counterclaim Defendants. | CIVIL NO.: AMD 02 CV 525 |

## NOTICE OF FILING OF DOCUMENTS UNDER SEAL

Exhibits 9, 14-17, 19-20, which are attachments to

Defendant/Counterclaim Plaintiff Washington Regional Cardiac Surgery, P.C.'s

("WRCS"), Memorandum in Opposition to Motion to Dismiss or, in the Alternative,

\\\BA - 80667/0003 - 160368 v1

for a More Definite Statement, will be filed with the Clerk's Office in paper format so that they may be placed under seal. I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated: August 11, 2003                    Respectfully submitted,

                                          _____/s/_____
                                          Mark D. Gately (F. B. No. 00134)
                                          Steven F. Barley (F. B. No. 10049)
                                          Robert A. Cohen (F. B. No. 25278)
                                          HOGAN & HARTSON L.L.P.
                                          111 South Calvert Street
                                          Suite 1600
                                          Baltimore, Maryland 21202
                                          (410) 659-2700
                                          (410) 539-6981 (fax)

                                          Attorneys for Washington Regional
                                          Cardiac Surgery, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2003, a copy of Defendant/Counterclaim Plaintiff's Notice of Filing of Documents Under Seal and Exhibits 9, 14-17, 19-20 to Defendant/Counterclaim Plaintiff's Memorandum in Opposition to Motion to Dismiss or, in the Alternative, for a More Definite Statement were hand-delivered to:

>Gerald P. Martin, Esq.
>Steven F. Wrobel, Esq.
>Martin, Snyder & Bernstein, P.A.
>217 East Redwood Street
>Suite 2000
>Baltimore, MD  21202

>Paul-Michael Sweeney
>Carrie B. Weinfeld
>Linowes and Blocher LLP
>7200 Wisconsin Ave Ste 800
>Bethesda, MD 20814

>>/s/
>>Robert A. Cohen

\\\BA - 80667/0003 - 160368 v1