APR-17-00 MON 03:44 PM   MCB MANAGEMENT SERVICES     FAX NO. 4108280536           P. 05

**MCB MANAGEMENT SERVICES, LLC**
**ANALYSIS OF GCPA ACCOUNT for 1999**

*This is what you pay us to pay out as OH expenses*

| | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Income-GMCPA | |
| Reimbursed Expenses | 2,908,908.38 |
| WHC- Rent Arrearage | |
| Total Reimbursed Expenses | 121,782.00 |
| **Total Income** | 121,782.00 |
| | 3,030,690.38 |
| **Expense** | |
| Automobile Expense | |
| Mileage | |
| Automobile Expense - Other | 4,924.66 |
| Total Automobile Expense | 0.00 |
| Bank Service Charges | 4,924.66 |
| Books & Periodicals | 713.83 |
| Computer Hardware | 689.21 |
| Computer Support | 3,170.80 |
| Contributions | 0.00 |
| Depreciation Expense | 195.00 |
| Dues and Subscriptions | 0.00 |
| Equipment Maintenance | 40,665.40 |
| Equipment Rental | 34.42 |
| Florists | 1,828.65 |
| Fringe benefit | 2,921.17 |
| Employee Parking | |
| Fringe Benefits-UMH | 3,406.00 |
| Reimbursed Medical | 15,480.00 |
| Fringe benefit - Other | 495.08 |
| Total Fringe benefit | 0.00 |
| Insurance | 19,381.08 |
| Disability Insurance | |
| Health Insurance | 150.00 |
| Health Insurance-Opt Out | 118,239.00 |
| Insurance-125 Plan | 4,000.00 |
| Insurance-Malpractice | 175.00 |
| Liability Insurance | 404,859.52 |
| Life insurance | 16,512.00 |
| Property Insurance | 1,367.33 |
| Work Comp | 876.00 |
| Insurance - Other | 9,200.50 |
| Total Insurance | 3,350.00 |
| | 559,329.44 |



W02619

5

APR-17-00 MON 03:44 PM     MCB MANAGEMENT SERVICES       FAX NO. 4108280536                P. 06

**MCB MANAGEMENT SERVICES, LLC**
**ANALYSIS OF GCPA ACCOUNT for 1999**

| | TOTAL |
|---|---:|
| Janitorial Exp | |
| Licenses and Permits | 3,675.00 |
| Linen Service | 4,816.00 |
| Maintenance | 275.12 |
| Minor Equipment | 799.59 |
| Miscellaneous | 1,810.32 |
|    Christmas Gifts | |
|    Christmas Party | 63,568.15 |
|    Gifts | 11,094.98 |
|    Moving Expense | 388.50 |
|    Secretaries Week | 813.02 |
|    Miscellaneous - Other | 1,294.90 |
| Total Miscellaneous | 20.00 |
| Parking | 77,179.55 |
| Postage and Delivery | 13,785.73 |
| Printing and Reproduction | 9,323.34 |
|    Copies | |
|    Document Imaging | 50.00 |
|    Slides | 22,243.13 |
|    Printing and Reproduction - Other | 3,592.09 |
| Total Printing and Reproduction | 3,204.00 |
| Professional Development | 29,089.22 |
| Professional Fees | 3,799.00 |
|    Accounting | |
|    Computer Support | 135,317.50 |
|    Legal- BPQA | 0.00 |
|    Legal Fees | 2,822.41 |
|    Medical Transcription | 7,597.09 |
|    Professional Fees - Other | 24,258.00 |
| Total Professional Fees | 1,266.30 |
| Promotions | 171,261.30 |
| Rent | 228.31 |
|    Rent- UMH | |
|    Rent-MCB | 39,970.00 |
|    Rent-WAH | 0.00 |
|    Rent-WHC | 35,101.36 |
| Total Rent | 195,743.91 |
| Repairs/Maintenance | 270,815.27 |
|    Computer Repairs | |
|    Equipment Repairs/Maintenance | 3,507.66 |
| Total Repairs/Maintenance | 18,171.86 |
| | 21,679.52 |

6

W02620

APR-17-00 MON 03:44 PM   MCB MANAGEMENT SERVICES   FAX NO. 4108280536   P. 07

## MCB MANAGEMENT SERVICES, LLC
## ANALYSIS OF GCPA ACCOUNT for 1999

| | TOTAL |
|---|---:|
| Salaries | |
|   Data Contract | |
|   Salaries-Temps | 0.00 |
|   Salaries - Consulting | 8,619.80 |
|   Salaries - GMCPA | 0.00 |
|   Salaries - UMH | 62,659.71 |
|   Salaries - Other | 43,000.00 |
| Total Salaries | 1,279,016.34 |
| Storage | 1,393,295.85 |
| Supplies | 2,970.00 |
|   Medical/Surgical Supplies | |
|   Office Supplies | 9,494.19 |
| Total Supplies | 42,192.96 |
| Taxes | 51,687.15 |
|   DC Arena Fee | |
|   FUTA | 5,034.00 |
|   Local | 2,501.60 |
|   Property | 79.94 |
|   Sales Tax | 9,490.37 |
|   State | 252.33 |
|   Taxes-Fica | 18,312.00 |
|   Unemployment- DC | 81,473.02 |
|   Unemployment- MD | 5,471.12 |
|   Taxes - Other | 1,753.76 |
| Total Taxes | 423.06 |
| Telephone | 124,791.20 |
|   Answering Service | |
|   Local Telephone | 8,571.03 |
|   Long Distance | 32,893.39 |
|   Maintenance | 17,244.02 |
|   Pagers | 1,490.81 |
|   Telephone- Cell Phones | 2,626.47 |
|   Web Site | 26,033.73 |
|   Telephone - Other | 3,114.05 |
| Total Telephone | 4,818.72 |
| Travel & Ent | 96,792.22 |
|   Entertainment | |
|   Meals | 900.00 |
|   Meals-Food for All | 8,352.08 |
|   Travel | 181.25 |
|   Travel & Ent - Other | 844.50 |
| Total Travel & Ent | 0.00 |
| Utilities | 10,277.83 |
|   Gas and Electric | |
| Total Utilities | 552.07 |
| | 552.07 |
| **Total Expense** | |
| | 2,922,757.25 |
| Net Ordinary Income | |
| | 107,933.13 |

W02621

7