## MCB MANAGEMENT SERVICES, LLC
## GCPA ACCOUNT BUDGET for 2000

*Pass through payments*

| | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Income-GMCPA | |
| Reimbursed Expenses | 2,640,000.00 |
| WHC- Rent Arrearage | |
| Total Reimbursed Expenses | 0.00 |
| **Total Income** | 0.00 |
| | 2,640,000.00 |
| | |
| **Expense** | |
| Automobile Expense | |
| Mileage | |
| Automobile Expense - Other | 4,924.66 |
| Total Automobile Expense | 0.00 |
| Bank Service Charges | 4,924.66 |
| Books & Periodicals | 713.83 |
| Computer Hardware | 689.21 |
| Computer Support | 3,170.80 |
| Contributions | 0.00 |
| Depreciation Expense | 195.00 |
| Dues and Subscriptions | 0.00 |
| Equipment Maintenance | 36,942.70 |
| Equipment Rental | 34.42 |
| Florists | 1,828.65 |
| Fringe benefit | 2,683.92 |
| Employee Parking | |
| Fringe Benefits-UMH | 3,406.00 |
| Reimbursed Medical | 0.00 |
| Fringe benefit - Other | 495.08 |
| Total Fringe benefit | 0.00 |
| Insurance | 3,901.08 |
| Disability insurance | |
| Health Insurance | 150.00 |
| Health insurance-Opt Out | 118,246.90 |
| Insurance-125 Plan | 4,600.00 |
| Insurance-Malpractice | 175.00 |
| Liability Insurance | 329,899.52 |
| Life insurance | 16,512.00 |
| Property Insurance | 1,367.33 |
| Work Comp | 577.00 |
| Insurance - Other | 9,200.50 |
| Total Insurance | 3,350.00 |
| | 484,078.25 |

Op. Mgt: 97 $3.6M   98 $3.2M   99 $3.03M   00 $2.6M


DEPOSITION EXHIBIT
Bram 29

W02622

2

APR-17-00 MON 03:44 PM    MCB MANAGEMENT SERVICES    FAX NO. 4108280536    P. 03

**MCB MANAGEMENT SERVICES, LLC**
**GCPA ACCOUNT BUDGET for 2000**

|  | TOTAL |
|---|---|
| Janitorial Exp | 3,575.00 |
| Licenses and Permits | 4,008.00 |
| Linen Service | 275.12 |
| Maintenance | 799.59 |
| Minor Equipment | 1,810.32 |
| Miscellaneous | |
|    Christmas Gifts | 63,568.15 |
|    Christmas Party | 11,094.98 |
|    Gifts | 0.00 |
|    Moving Expense | 813.02 |
|    Secretaries Week | 163.50 |
|    Miscellaneous - Other | 0.00 |
| Total Miscellaneous | 75,639.65 |
| Parking | 13,702.30 |
| Postage and Delivery | 9,320.04 |
| Printing and Reproduction | |
|    Copies | 50.00 |
|    Document Imaging | 22,243.13 |
|    Slides | 3,337.91 |
|    Printing and Reproduction - Other | 2,923.00 |
| Total Printing and Reproduction | 28,554.04 |
| Professional Development | 3,799.00 |
| Professional Fees | |
|    Accounting | 0.00 |
|    Computer Support | 24,000.00 |
|    Legal- BPQA | 0.00 |
|    Legal Fees | 0.00 |
|    Medical Transcription | 24,258.00 |
|    Professional Fees - Other | 1,266.30 |
| Total Professional Fees | 49,524.30 |
| Promotions | 228.31 |
| Rent | |
|    Rent- UMH | 0.00 |
|    Rent-MCB | 0.00 |
|    Rent-WAH | 35,101.36 |
|    Rent-WHC | 73,961.91 |
| Total Rent | 109,063.27 |
| Repairs/Maintenance | |
|    Computer Repairs | 3,507.66 |
|    Equipment Repairs/Maintenance | 18,171.86 |
| Total Repairs/Maintenance | 21,679.52 |

W02623

APR-17-00 MON 03:44 PM    MCB MANAGEMENT SERVICES    FAX NO. 4108280536    P. 04

## MCB MANAGEMENT SERVICES, LLC
## GCPA ACCOUNT BUDGET for 2000

| | TOTAL |
|---|---:|
| **Salaries** | |
|   Data Contract | 0.00 |
|   Salaries-Temps | 8,619.80 |
|   Salaries - Consulting | 0.00 |
|   Salaries - GMCPA | 62,659.71 |
|   Salaries - UMH | 0.00 |
|   Salaries - Other | <u>1,386,834.98</u> |
| Total Salaries | 1,458,114.49 |
| Storage | 2,970.00 |
| **Supplies** | |
|   Medical/Surgical Supplies | 9,431.13 |
|   Office Supplies | <u>40,396.80</u> |
| Total Supplies | 49,827.93 |
| **Taxes** | |
|   DC Arena Fee | 5,034.00 |
|   FUTA | 2,491.60 |
|   Local | 79.94 |
|   Property | 9,490.37 |
|   Sales Tax | 252.33 |
|   State | 18,312.00 |
|   Taxes-Fica | 81,239.75 |
|   Unemployment- DC | 5,471.12 |
|   Unemployment- MD | 1,696.26 |
|   Taxes - Other | <u>423.06</u> |
| Total Taxes | 124,490.43 |
| **Telephone** | |
|   Answering Service | 6,584.37 |
|   Local Telephone | 32,731.39 |
|   Long Distance | 15,282.79 |
|   Maintenance | 1,490.81 |
|   Pagers | 2,626.47 |
|   Telephone- Cell Phones | 19,394.50 |
|   Web Site | 3,114.05 |
|   Telephone - Other | <u>4,913.38</u> |
| Total Telephone | 86,137.76 |
| **Travel & Ent** | |
|   Entertainment | 900.00 |
|   Meals | 7,592.08 |
|   Meals-Food for All | 0.00 |
|   Travel | 844.50 |
|   Travel & Ent - Other | <u>0.00</u> |
| Total Travel & Ent | 9,336.58 |
| **Utilities** | |
|   Gas and Electric | <u>0.00</u> |
| Total Utilities | 0.00 |
| | |
| **Total Expense** | 2,592,118.17 |
| | |
| **Net Ordinary Income** | 47,881.83 |

W02624

4