```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
                         (Northern Division)

MCB MANAGEMENT SERVICES,
LLC, et al.

              Plaintiffs/
              Counterclaim
              Defendants

     vs.                              Civil No:
                                      AMD 02 CV 525
WASHINGTON REGIONAL CARDIAC
SURGERY, P.C.

              Defendant/
              Counterclaim
              Plaintiff
_____/
```

The videotaped deposition of LAWRENCE ROBERT SHERMAN was held on Tuesday, December 17, 2002, commencing at 1:07 p.m., at the Law Offices of Hogan & Hartson, LLP, 111 South Calvert Street, Suite 1600, before Carol A. Chess, a Notary Public.

REPORTED BY: Carol A. Chess

14

```
 1   travel, and the invoices were sent for GMC to pay.
 2   They were forwarded to Hildegard.  Or before -- or
 3   after Chuck Zorn joined the organization, they were
 4   paid internally for some of his trips, such as to
 5   Egypt, which had no bearing on the physicians but on
 6   behalf of a venture that Mr. Beam was entering into
 7   with Dr. Zaki, as an example.
 8        Q    How about auto repairs for any employees?
 9        A    I know that there were expenses paid for
10   the repair of Michael Rashad's BMW in the amount of
11   approximately $800.
12        Q    But that was paid with money from the
13   physicians that you know of?
14        A    Yes.
15        Q    How do you know that?
16        A    Because Bill gave instructions to pay for
17   those expenses because Michael was complaining that he
18   had to pay for these things, and he says he was doing
19   the wear and tear on his car on behalf of the doctors
20   so the doctors should pay, and Bill agreed.
21        Q    Did Mr. Beam ever use any colorful
```

```
 1   language in describing his relationship with
 2   physicians at WRCS?
 3        A    Mister -- Mr. Beam, after early 1999, had
 4   made a comment that, excuse my language, fuck the docs
 5   before they fuck you.
 6        Q    And what did you understand that to mean?
 7        A    Bill was upset with either the small
 8   amount of a bonus for end of year 1998 or no bonus for
 9   1998 from the physicians.  And Bill thought that the
10   physicians were screwing him.
11        Q    And what did you understand the import of
12   his, his comment to you?
13        A    Well, do what you can to manipulate and
14   manipulate whatever you can to get out of the docs.
15   Take whatever you could from them because, you know,
16   they'll, they'll take it from you.
17        Q    Did you ever have any discussions with
18   Mr. Beam about Mr. Barsky?
19        A    Yes.
20        Q    I'm sure you had a lot of them.  I'm
21   interested in discussions where Mr. Beam may have
```