"Chuck Zorn" <CZorn%dsdial.net@internet.mhg.edu> on 03/16/2001 02:30:01 PM

To: Hildegard B Counts/WHC/MedStar@MedStar
cc: Ammar S Bafi/WHC/MedStar@MedStar
Subject: Re: " Logo" expense

---

Hildegard,

I did some additional research as to where the $85,600 came from. I believe you are mistaken as to the amount of money in office supply and printing. When I reviewed the 1998 expense I found the following : $17,808 for Food and Petty Cash, $30,814 in Office Supplies, $7,438 in Printing and Forms, $21,062 in Other (Your category since you were keeping the books), and $8,478 in Minor Equipment. This totals $85,600. Also note that at that time UMH was included in these totals. They are not in our budgets any longer! You might also note that we have gotten very specific as far as categories of expenses. Also note there have been savings in expenses which of course have been passed along to WRCS through reductions in the Overhead Expense. If you need information on specific expenses and the budget for those items please give me a call. I would be happy to provide you with the current information.

Chuck

----- Original Message -----
From: <Hildeguard.B.Counts@mhg.edu>
To: <czorn@dsdial.net>
Cc: <asb2@mhg.edu>
Sent: Thursday, March 15, 2001 11:05 AM
Subject: " Logo" expense

>
>
>
> Chuck, have you discussed with Rick the idea to capitalize the " logo"
> expense?
> Should it not fall under office supply and printing expenses.
> I see that in 1998 the total for this category was $85,600 which is
> the amount figured into the management fee.
>
> Thanks
>
> Hildegard
>
>

*Handwritten margin note:* Has the Management Fee been Reduced accordingly??

DEPOSITION EXHIBIT
Zorn 12
7.25.02 RT

W01068