1/22/01

**Washington Regional Cardiac Surgery**
**Year-To-Date**
**December, 2000**

| | Actual | Budget | Variance | % |
|---|---:|---:|---:|---:|
| **Expense** | | | | |
| Advertising | $ 1,102.45 | $ - | $ 1,102.45 | — |
| Automobile Expense | | | | |
|   Mileage | 7,858.51 | 4,924.66 | 2,933.85 | 60% |
| Total Automobile Expense | 7,858.51 | 4,924.66 | 2,933.85 | 60% |
| Bank Service Charges | 819.60 | 713.83 | 105.77 | 15% |
| Books & Periodicals | 2,235.16 | 689.21 | 1,545.95 | 224% |
| Computer hardware | 1,768.07 | 3,170.80 | (1,402.73) | -44% |
| Contributions | 2,550.00 | 195.00 | 2,355.00 | 1208% |
| Dues and Subscriptions | 33,832.85 | 36,942.70 | (3,109.85) | -8% |
| Equipment Maintenance | 3,648.16 | 34.42 | 3,613.74 | 10499% |
| Equipment Rental | 5,463.44 | 1,828.65 | 3,634.79 | 199% |
| Florists | 2,921.66 | 2,683.92 | 237.74 | 9% |
| Fringe benefit | | | | |
|   401K | 5,822.50 | - | 5,822.50 | — |
|   Employee Parking | 17,238.65 | 17,108.30 | 130.35 | 1% |
|   Fringe Benefits-UMH | 1,935.00 | - | 1,935.00 | — |
|   Reimbursed Medical | - | 495.08 | (495.08) | -100% |
|   Fringe benefit - Other | - | - | - | — |
| Total Fringe benefit | 24,996.15 | 17,603.38 | 7,392.77 | 42% |
| Insurance | | | | |
|   Dental Insurance | 11,745.39 | 150.00 | 11,595.39 | 7730% |
|   Health Insurance | 85,340.07 | 118,246.90 | (32,906.83) | -28% |
|   Health Insurance-Opt Out | 4,467.80 | 4,600.00 | (132.20) | -3% |
|   Insurance-125 Plan | 1,824.00 | 175.00 | 1,649.00 | 942% |
|   Insurance-Malpractice | 318,564.66 | 329,899.52 | (11,334.86) | -3% |
|   Insurance Recovery | - | - | - | — |
|   Liability Insurance | 9,067.78 | 25,712.50 | (16,644.72) | -65% |
|   Life Insurance | 8,890.22 | 1,367.33 | 7,522.89 | 550% |
|   Property Insurance | 3,062.24 | 577.00 | 2,485.24 | 431% |
|   Work Comp | 2,310.74 | 3,350.00 | (1,039.26) | -31% |
|   Insurance - Other | - | - | - | — |
| Total Insurance | 445,272.90 | 484,078.25 | (38,805.35) | -8% |
| Janitorial Exp | 3,955.00 | 3,675.00 | 280.00 | 8% |
| Late Fee | - | - | - | — |
| Licenses and Permits | 11,519.60 | 4,008.00 | 7,511.60 | 187% |
| Linen Service | - | 275.12 | (275.12) | -100% |
| Maintenance | 4,308.31 | 799.59 | 3,508.72 | 439% |
| Minor Equipment | 2,056.45 | 1,810.32 | 246.13 | 14% |
| Miscellaneous | | | | |
|   Background Investigation | 13.13 | - | 13.13 | — |
|   Christmas Gifts | 43,102.54 | 63,568.15 | (20,465.61) | -32% |
|   Christmas Party | 10,503.08 | 11,094.98 | (591.90) | -5% |
|   Nurses Week | 950.60 | - | 950.60 | — |
|   Secretaries Week | 527.60 | 163.50 | 364.10 | 223% |
|   Moving Expense | - | 813.02 | (813.02) | -100% |
|   Miscellaneous - Other | 516.75 | - | 516.75 | — |
| Total Miscellaneous | 55,613.70 | 75,639.65 | (20,025.95) | -26% |
| Postage and Delivery | 8,858.00 | 9,320.04 | (462.04) | -5% |
| Printing and Reproduction | | | | |
|   Copies | 335.50 | 50.00 | 285.50 | 571% |
|   Document Imaging | - | - | - | — |
|   Slides | 1,629.25 | 3,337.91 | (1,708.66) | -51% |
|   Printing and Reproduction - Other | 2,547.05 | 2,923.00 | (375.95) | -13% |
| Total Printing and Reproduction | 4,511.80 | 6,310.91 | (1,799.11) | -29% |
| Professional Development | 3,078.92 | 3,799.00 | (720.08) | -19% |
| Professional Fees | | | | |
|   Legal Fees | - | - | - | — |
|   Computer Support | 21,627.65 | 24,000.00 | (2,372.35) | -10% |
|   Medical Transcription | 19,717.00 | 24,258.00 | (4,541.00) | -19% |
|   Professional Fees - Other | - | 1,266.30 | (1,266.30) | -100% |
| Total Professional Fees | 41,344.65 | 49,524.30 | (8,179.65) | -17% |
| Promotions | 100.00 | 228.31 | (128.31) | -56% |
| Total Rent | 174,016.10 | 151,504.80 | 22,511.30 | 15% |
| Repairs/Maintenance | | | | |
|   Computer Repairs | 658.75 | 3,507.66 | (2,848.91) | -81% |
|   Equipment Repairs/Maintenance | 14,246.30 | 18,171.86 | (3,925.56) | -22% |
| Total Repairs/Maintenance | 14,905.05 | 21,679.52 | (6,774.47) | -31% |



DEPOSITION EXHIBIT

MCB-0001

1/22/01

Washington Regional Cardiac Surgery
Year-To-Date
December, 2000

|  | Actual | Budget | Variance | % |
|---|---|---|---|---|
| **Salaries** | | | | |
| Salaries - Temporary | 13,357.85 | 8,619.80 | 4,737.85 | 55% |
| Salaries - PA's | 36,531.00 | 36,531.00 | - | 0% |
| Salaries - UMM | - | - | - | — |
| Salaries - Other | 1,448,615.21 | 1,412,963.69 | 35,651.52 | 3% |
| **Total Salaries** | 1,498,503.86 | 1,458,114.49 | 40,389.37 | 3% |
| **Storage** | 3,123.00 | 2,970.00 | 153.00 | 5% |
| **Supplies** | | | | |
| Computer Supplies | 757.21 | - | 757.21 | — |
| Medical/Surgical Supplies | 7,803.16 | 9,431.13 | (1,627.97) | -17% |
| Office Supplies | 22,298.93 | 20,198.40 | 2,100.53 | 10% |
| **Total Supplies** | 30,859.30 | 29,629.53 | 1,229.77 | 4% |
| **Taxes** | | | | |
| DC Arena Fee | 6,500.00 | 5,034.00 | 1,466.00 | 29% |
| Federal | (13.79) | - | (13.79) | — |
| FUTA | 1,471.30 | 2,491.60 | (1,020.30) | -41% |
| Local | - | 79.94 | (79.94) | -100% |
| Property | 6,263.34 | 9,490.37 | (3,227.03) | -34% |
| Sales Tax | 351.80 | 252.33 | 99.47 | 39% |
| State | 5,409.25 | 18,312.00 | (12,902.75) | -70% |
| Taxes-Fica | 77,676.50 | 81,239.75 | (3,563.25) | -4% |
| Unemployment - DC | 4,520.84 | 5,471.12 | (950.28) | -17% |
| Unemployment - MD | 182.94 | 1,696.26 | (1,513.32) | -89% |
| Taxes - Other | 71,344.00 | 423.06 | 70,920.94 | 16764% |
| **Total Taxes** | 173,706.18 | 124,490.43 | 49,215.75 | 40% |
| **Telephone** | | | | |
| Answering Service | 6,478.50 | 6,584.37 | (105.87) | -2% |
| Local Telephone | 34,423.33 | 32,731.39 | 1,691.94 | 5% |
| Long Distance | 13,281.13 | 15,282.79 | (2,001.66) | -13% |
| Maintenance | 3,941.14 | 1,490.81 | 2,450.33 | 164% |
| Pagers | 2,300.44 | 2,626.47 | (326.03) | -12% |
| Telephone - Cell Phones | 24,000.84 | 19,394.50 | 4,606.34 | 24% |
| Web Site | 2,207.66 | 3,114.05 | (906.39) | -29% |
| Telephone - Other | 5,421.79 | 4,913.38 | 508.41 | 10% |
| **Total Telephone** | 92,054.83 | 86,137.76 | 5,917.07 | 7% |
| **Travel & Ent** | | | | |
| Entertainment | 670.95 | 900.00 | (229.05) | -25% |
| Meals | 4,599.29 | 7,592.08 | (2,992.79) | -39% |
| Meals-Food for All | 2,749.49 | 844.50 | 1,904.99 | 226% |
| Travel | - | 0.00 | - | — |
| Travel & Ent - Other | - | - | - | — |
| **Total Travel & Ent** | 8,019.73 | 9,336.58 | (1,316.85) | -14% |
| **Total Expense** | 2,661,900.97 | 2,592,118.17 | 69,782.80 | 3% |
| **Total Revenue** | 2,628,414.00 | 2,640,000.00 | (11,586.00) | -0.44% |
| **Net Income (Loss)** | (33,486.97) | 47,881.83 | (81,368.80) | |

MCB-0002