To: GMCPA Management Committee
From: Bill Beam
Date: 12/22/97

In order to finalize the MCB conversion, I need direction on the following:

Once the service contract is signed, how do you want the cash to flow from GMCPA and MCB?

Options:

- PSS deposits into GMCPA checking account and Hildegard transfers payments to MCB by wire. As an MCB employee, Hildegard will be bonded in order to protect both groups.
- PSS deposits into GMCPA checking account and a predetermined percentage is automatically transferred into the MCB account.

Either way, we will have to allow Hildegard access to both accounts so she can manage the financial ledgers separately.

What assets if any, do you want to transfer?
- Work stations
- Furniture

What contracts if any, do you want to transfer?
- Software/hardware maintenance
- WHC contract to PSS
- Other services contracts

Are there any special provisions?
- Jorge/Jeanne
- Tax planning
- CPA/Legal services

What plans do you have for the pension plan if the "mergers" go through?
- Keep the same plan
- Close the Plan

The attached organization plan is forwarded for your review. The financial statements are based on annualized figures from the November 1997 reports. The 1998 GMCPA Proforma includes Chuck Zorn's salary and the targeted offsets to cover his employment.

Once on the MCB payroll, his salary becomes my responsibility. I plan to charge back his time to PSS, Beacon and DSS. Chuck will also earn "off sets" from his consulting work with Beacon.

We are ready to move as quickly as you permit. Please advise me accordingly.



W07772