1

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
---------------------------------+

MCB MANAGEMENT SERVICES,

LLC, et al.,

    Plaintiffs/Counter-Defendants,

           v.                          AMD02-CV-525

WASHINGTON REGIONAL CARDIAC

SURGERY,

    Defendant/Counter-Plaintiff.

---------------------------------+

Deposition of NANCY KERSHNER
Washington, D. C.
Wednesday, October 23, 2001
11:52 a.m.

Job No:  1-6706
Pages 1 - 42
Reported by:  Stephany L. Jerome



**L.A.D. REPORTING COMPANY, INC.**
1100 Connecticut Avenue, NW • Suite 1150, Washington, D.C. 20036 • 202.861.3410
Fax: 202.861.3425 • 800.292.4789 • Website: ladreporting.com • E-mail: lisa@ladreporting.com

NATIONWIDE COURT REPORTERS AND VIDEOGRAPHERS

DEPOSITION OF NANCY KERSHNER
CONDUCTED ON WEDNESDAY, OCTOBER 23, 2002

6

| | | |
|---|---|---|
| 1 | audible yes or no.  Do you understand? | 11:53:36 |
| 2 | A     Yes, sir. | 11:53:38 |
| 3 | Q     Because the court reporter has to take | 11:53:39 |
| 4 | that down.  What is your current position here at | 11:53:42 |
| 5 | WRCS? | 11:53:45 |
| 6 | A     Administrative assistant for Drs. Bafi | 11:53:46 |
| 7 | and Pfister, and I also am director of operations. | 11:53:49 |
| 8 | Q     And what are your job responsibilities as | 11:53:57 |
| 9 | director of operations? | 11:54:00 |
| 10 | A     I oversee the front desk and the | 11:54:02 |
| 11 | posting -- the surgical posting department and also | 11:54:07 |
| 12 | take care of things like patient satisfaction | 11:54:14 |
| 13 | complaints.  In addition, I keep the employee | 11:54:19 |
| 14 | personnel records.  I'm also the administrator of | 11:54:25 |
| 15 | the benefits, the employee benefits.  That is | 11:54:32 |
| 16 | health insurance, flex plan, everything but the | 11:54:40 |
| 17 | pension plan. | 11:54:45 |
| 18 | Q     And Ms. Kershner, how long have you been | 11:54:52 |
| 19 | working either as a direct employee of WRCS or GMC | 11:54:55 |
| 20 | or as an employee of MCB, how long have you been | 11:55:00 |
| 21 | working at this practice? | 11:55:03 |
| 22 | A     Since October 1986. | 11:55:05 |

DEPOSITION OF NANCY KERSHNER
CONDUCTED ON WEDNESDAY, OCTOBER 23, 2002

20

| | | |
|---|---|---|
| 1 | Then of course after I had the | 12:12:57 |
| 2 | conversation with Dr. Bafi, which took place prior | 12:12:59 |
| 3 | to October 1st, because those things were to be | 12:13:03 |
| 4 | implemented October 1st, he then, I believe, made | 12:13:07 |
| 5 | an appointment to meet with MCB and PSS in | 12:13:10 |
| 6 | Baltimore. And about a week or two after he met | 12:13:14 |
| 7 | with them. I believe his meeting was in October, | 12:13:17 |
| 8 | and all of the list of things that were going to be | 12:13:20 |
| 9 | implemented at that time, terminating Hildegard and | 12:13:25 |
| 10 | so on, had been put on hold by the doctors and | 12:13:30 |
| 11 | pending, I assume, Dr. Bafi going down there and | 12:13:35 |
| 12 | talking to them. | 12:13:39 |
| 13 | And one morning I came into my office and | 12:13:41 |
| 14 | my private line was ringing. It was early. It was | 12:13:44 |
| 15 | before nine o'clock. This was after Dr. Bafi had | 12:13:48 |
| 16 | gone to Baltimore to the meeting. And I picked up | 12:13:53 |
| 17 | the phone and it was Bill Bean and he -- I will | 12:13:56 |
| 18 | paraphrase because I'm not exactly sure what he | 12:13:59 |
| 19 | said, but it has stuck in my memory because it was | 12:14:03 |
| 20 | such a jolt. He said, "What's going on down there? | 12:14:06 |
| 21 | What does Bafi think he's trying to do? Somebody | 12:14:09 |
| 22 | better tell him that he needs to watch his step. | 12:14:13 |

21

| | | |
|---|---|---|
| 1 | And if you hear of anything going on, you'll let me | 12:14:19 |
| 2 | know?" And of course I said sure, and that was the | 12:14:25 |
| 3 | end of the conversation. He hung up. | 12:14:28 |
| 4 | So now I didn't know what to do. I | 12:14:31 |
| 5 | didn't know whether to tell Dr. Bafi that I had | 12:14:37 |
| 6 | gotten a threatening phone call from Bill or to | 12:14:40 |
| 7 | just leave it alone and let them work it out | 12:14:43 |
| 8 | themselves. I mean, I felt like I was on the | 12:14:47 |
| 9 | periphery. I really didn't plan to get myself | 12:14:50 |
| 10 | involved in anything like this involving people | 12:14:54 |
| 11 | making telephone threats. | 12:14:57 |
| 12 | Q    What was the threat? | 12:14:59 |
| 13 | A    Well, Bafi better watch his step. I | 12:15:02 |
| 14 | mean, I had no idea what Bill Bean was capable of. | 12:15:05 |
| 15 | I didn't know whether that meant I'll ruin him | 12:15:08 |
| 16 | financially or I'll do something else. I have no | 12:15:10 |
| 17 | idea. He was a scary person. You didn't really | 12:15:14 |
| 18 | know how to take him and how to take what he said. | 12:15:18 |
| 19 | And I had been called into an office by him on at | 12:15:22 |
| 20 | least three occasions prior to this and questioned | 12:15:28 |
| 21 | about what I had heard the doctors talking about, | 12:15:31 |
| 22 | and that made me very uncomfortable. It made me | 12:15:36 |

22

| | | |
|---|---|---|
| 1 | uncomfortable to where I was looking for another | 12:15:42 |
| 2 | job. I had already sent out resumes. I felt like | 12:15:47 |
| 3 | I didn't know where my loyalties were. | 12:15:50 |
| 4 | He would say, "Do you hear Dr. Pfister | 12:15:53 |
| 5 | and Dr. Bafi saying anything about me?" | 12:15:56 |
| 6 | And I would say, "No. You know, when I | 12:15:58 |
| 7 | walk into the room, all the conversation stops." | 12:16:01 |
| 8 | "Well, okay, but if you hear something, | 12:16:04 |
| 9 | you'll let me know, right?" | 12:16:07 |
| 10 | And this kind of behavior just really | 12:16:09 |
| 11 | makes you suspicious. I can't put it any other | 12:16:11 |
| 12 | way. It just makes you suspicious of what's going | 12:16:16 |
| 13 | on. And since my loyalty has been to the | 12:16:21 |
| 14 | doctors -- I have known Dr. Garcia since 1971 since | 12:16:25 |
| 15 | he was a resident here -- I would certainly not | 12:16:29 |
| 16 | want to see anything happen to him or his business | 12:16:33 |
| 17 | that he worked so hard to build up. Like I said, I | 12:16:37 |
| 18 | was so torn by what was going on, I had decided | 12:16:39 |
| 19 | that I need to just get out and get another job. | 12:16:42 |
| 20 | Q    What was going on in October of 2000 that | 12:16:44 |
| 21 | was creating such angst? | 12:16:50 |
| 22 | A    October 2000 was when I finally got that | 12:16:52 |