1

```
         UNITED STATES DISTRICT COURT
              DISTRICT OF MARYLAND
-----------------------------------+
                                   |
MCB MANAGEMENT SERVICES,           |
                                   |
LLC, et al.,                       |
                                   |
     Plaintiffs/Counter-Defendants,|
                                   |
          v.                       |   AMD02-CV-525
                                   |
WASHINGTON REGIONAL CARDIAC        |
                                   |
SURGERY,                           |
                                   |
     Defendant/Counter-Plaintiff.  |
                                   |
-----------------------------------+
```



Deposition of JANICE WOLF

Washington, D. C.

Wednesday, October 23, 2001

10:10 a.m.

Job No: 1-6706

Pages 1- 77

Reported by: Stephany L. Jerome

**L.A.D. REPORTING COMPANY, INC.**
1100 Connecticut Avenue, NW • Suite 1150, Washington, D.C. 20036 • 202.861.3410
Fax: 202.861.3425 • 800.292.4789 • Website: ladreporting.com • E-mail: lisa@ladreporting.com

NATIONWIDE COURT REPORTERS AND VIDEOGRAPHERS

6

| | | |
|---|---|---|
| 1 | before? | 10:14:31 |
| 2 | A   No. | 10:14:31 |
| 3 | Q   Just very briefly, if there's a question | 10:14:33 |
| 4 | that you don't understand, please ask me to repeat | 10:14:35 |
| 5 | it. If there is an answer that you give, you need | 10:14:38 |
| 6 | to make sure you give it audibly instead of just | 10:14:41 |
| 7 | shaking your head. A lot of people do that all the | 10:14:47 |
| 8 | time, so don't worry about that. And if you ever | 10:14:50 |
| 9 | want to take a break, just let me know and we'll | 10:14:52 |
| 10 | take a break. | 10:14:55 |
| 11 | A   Okay. | 10:14:56 |
| 12 | Q   How long have you been working for WRCS? | 10:14:57 |
| 13 | A   Seventeen years. | 10:15:02 |
| 14 | Q   And in what capacity have you been | 10:15:05 |
| 15 | employed by WRCS? What have been your job duties? | 10:15:09 |
| 16 | A   I'm the administrative assistant for | 10:15:14 |
| 17 | Dr. Corso and Dr. Garcia and Dr. Mispireta when he | 10:15:18 |
| 18 | was formerly with our group, and I'm the director | 10:15:24 |
| 19 | of administrative services. | 10:15:30 |
| 20 | Q   Why don't you tell me what those two | 10:15:32 |
| 21 | positions involve. | 10:15:34 |
| 22 | A   They all crisscross over each other. I | 10:15:36 |

DEPOSITION OF JANICE WOLF
CONDUCTED ON WEDNESDAY, OCTOBER 23, 2002

14

| | | |
|---|---|---|
| 1 | Dr. Bafi was looking into some financial | 10:23:14 |
| 2 | information.  I don't know if that's what he | 10:23:19 |
| 3 | perceived the beginning of problems or he | 10:23:19 |
| 4 | perceived -- but that phone call stands out | 10:23:23 |
| 5 | specifically in my mind. | 10:23:25 |
| 6 | BY MR. WROBEL: | 10:23:26 |
| 7 | Q    Tell me about that phone call. | 10:23:27 |
| 8 | A    He was quite angry. | 10:23:28 |
| 9 | Q    Mr. Bean? | 10:23:30 |
| 10 | A    Yes, that Dr. Bafi was looking into it. | 10:23:31 |
| 11 | Mr. Bean indicated that Dr. Bafi had no business | 10:23:36 |
| 12 | looking into, and he was, I felt, somewhat | 10:23:39 |
| 13 | threatening in general, not toward me personally, | 10:23:45 |
| 14 | but he clearly by his tone he was very upset and | 10:23:47 |
| 15 | very angry about the fact that Dr. Bafi was making | 10:23:52 |
| 16 | these inquiries. | 10:23:55 |
| 17 | Q    So you didn't relay the message from | 10:23:57 |
| 18 | Dr. Bafi to Mr. Bean as to what the inquiry was, | 10:24:00 |
| 19 | did you? | 10:24:04 |
| 20 | A    I don't recall specifically.  I think I | 10:24:06 |
| 21 | made the request to Mr. Zorn not directly to | 10:24:09 |
| 22 | Mr. Bean. | 10:24:12 |

DEPOSITION OF JANICE WOLF
CONDUCTED ON WEDNESDAY, OCTOBER 23, 2002

15

| | | |
|---|---|---|
| 1 | Q    Do you remember what you requested from | 10:24:14 |
| 2 | Mr. Zorn? | 10:24:16 |
| 3 | A    Again, all I can say for sure is that it | 10:24:17 |
| 4 | was financial information.  The exact specifics of | 10:24:20 |
| 5 | it I really don't know or I don't remember. | 10:24:21 |
| 6 | Q    Did this request stand out to you as | 10:24:26 |
| 7 | something the doctors had not requested before or | 10:24:29 |
| 8 | it was a standard request? | 10:24:32 |
| 9 | A    I think the request was standard. | 10:24:33 |
| 10 | Perhaps what was not standard was the fact that the | 10:24:36 |
| 11 | request was coming from Dr. Bafi.  That was not | 10:24:40 |
| 12 | typical.  Usually Corso was involved.  And not that | 10:24:43 |
| 13 | the others weren't, but I think that was the only | 10:24:48 |
| 14 | thing that was atypical about the request, not so | 10:24:52 |
| 15 | much the content of it, perhaps, but who was | 10:24:55 |
| 16 | requesting it. | 10:24:58 |
| 17 | Q    How involved was Dr. Corso in requesting | 10:24:59 |
| 18 | financial information from the management company? | 10:25:02 |
| 19 | A    Well, they had regular meetings, and as | 10:25:04 |
| 20 | far as what exactly was brought to these meetings | 10:25:06 |
| 21 | or discussed or asked for in advance, that kind of | 10:25:11 |
| 22 | stuff I wasn't particularly aware of. | 10:25:14 |

DEPOSITION OF JANICE WOLF
CONDUCTED ON WEDNESDAY, OCTOBER 23, 2002

16

| | | |
|---|---|---|
| 1 | Q   Back to this phone call. Can you recall | 10:25:17 |
| 2 | specifically what Mr. Bean said other than his tone | 10:25:23 |
| 3 | that you interpreted or perceived as threatening? | 10:25:26 |
| 4 | A   Well, I remember him saying -- one was -- | 10:25:30 |
| 5 | his exact words were, "Dr. Bafi, that guy is | 10:25:33 |
| 6 | getting too big for his britches and he better not | 10:25:38 |
| 7 | be sticking his nose in places where it doesn't | 10:25:41 |
| 8 | belong." And just -- as far as specifics, that's | 10:25:45 |
| 9 | really all I can recall. | 10:25:48 |
| 10 | He indicated something to the effect that | 10:25:50 |
| 11 | they better not start, you know, making an issue of | 10:25:52 |
| 12 | things or causing problems or again -- I can't | 10:25:56 |
| 13 | really get any other specifics. I can't recall. | 10:26:02 |
| 14 | Q   Did you relate that conversation to | 10:26:06 |
| 15 | either Dr. Corso and/or Dr. Bafi? | 10:26:08 |
| 16 | A   I did because it was a little concerning | 10:26:11 |
| 17 | to me. | 10:26:13 |
| 18 | Q   Who did you tell? | 10:26:13 |
| 19 | A   Both of them, actually. I believe I | 10:26:15 |
| 20 | talked to Dr. Bafi first and then Dr. Corso. Also, | 10:26:18 |
| 21 | I don't remember the order, but both of them at | 10:26:24 |
| 22 | some point I did tell them about it. | 10:26:26 |

70

| | | |
|---|---|---|
| 1 | A    When you say similar conversations, that | 11:32:19 |
| 2 | conversation that I had with Mr. Bean was not a | 11:32:22 |
| 3 | conversation about termination of the contract. So | 11:32:26 |
| 4 | there was no conversation with Mr. Bean about | 11:32:29 |
| 5 | termination of the contract. | 11:32:32 |
| 6 | Q    How would you characterize the | 11:32:33 |
| 7 | conversation with Mr. Bean? | 11:32:35 |
| 8 | A    The conversation was as a result of him | 11:32:36 |
| 9 | calling after having gotten the word, I believe | 11:32:40 |
| 10 | through Chuck Zorn, that Dr. Bafi had requested | 11:32:44 |
| 11 | certain information that he apparently felt like | 11:32:47 |
| 12 | Dr. Bafi shouldn't be requesting and for some | 11:32:50 |
| 13 | reason or the other caused him to be angry, | 11:32:55 |
| 14 | concerned, upset, whatever the case may have been, | 11:32:57 |
| 15 | to the point where he called me and said, "What the | 11:32:59 |
| 16 | heck is going on? He shouldn't be sticking his | 11:33:03 |
| 17 | nose where it doesn't belong. He's too big for his | 11:33:06 |
| 18 | britches." | 11:33:09 |
| 19 | There was never a discussion about | 11:33:09 |
| 20 | termination of the contract, certainly not at that | 11:33:12 |
| 21 | time or anytime after that that I'm aware of. | 11:33:15 |
| 22 | Q    And no conversations regarding | 11:33:20 |