```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
 2                      (NORTHERN DIVISION)

 3

    MCB MANAGEMENT SERVICES, LLC,
 4  et al.

 5              Plaintiffs

 6       vs.                           CIVIL ACTION NO:
                                       AMD02-CV-525
 7  WASHINGTON REGIONAL CARDIAC
    SURGERY, P.C.
 8
                Defendant
 9  _____/

10           The deposition of CHARLES A. ZORN, III was

11  held on Friday, July 26, 2002, commencing at 10:00

12  A.M., at the Law Offices of Hogan & Hartson, 111 South

13  Calvert Street, Suite 1600, Baltimore, Maryland before

14  Ronda J. Thomas, Notary Public.

15  APPEARANCES:

16           STEVEN F. WROBEL, ESQUIRE
                On behalf of Plaintiffs
17
             STEVEN F. BARLEY, ESQUIRE and
18           ROBERT A. COHEN, ESQUIRE
                On behalf of Defendant
19

20

21  REPORTED BY:  Ronda J. Thomas, RPR
```

```
 1        A     President.

 2        Q     President?

 3        A     Yes, sir.

 4        Q     Who was in charge of sort of the daily --

 5        A     I was.

 6              MR. WROBEL:  Let him finish the question.

 7        Q     As I understand it, you were in charge of
 8   sort of overseeing the day-to-day management and
 9   operations of both MCB and PSS during 2000 and 2001; is
10   that accurate?
11        A     For the most part, yes.
12        Q     Did you end up with an equity stake in
13   either MCB or PSS?
14        A     Yes, I did.
15        Q     When did that occur?
16        A     Actually occurred in November of '99.
17        Q     What part of the company did -- or what
18   company and how much did you acquire?
19        A     Well at that time in November of '99 MCB
20   basically owned all of PSS.  So whatever stake you had
21   in MCB, you had the same stake in PSS, it was
```

C-O-N-F-I-D-E-N-T-I-A-L

18

```
 1   25 percent.
 2        Q     Who were the other owners?
 3        A     Bruce Barwick and Bill Beam.
 4        Q     What were their percentages?
 5        A     Bruce's was ten Bill's was the resume, 65.
 6        Q     What was Mr. Barwick's role with the
 7   company?
 8        A     He purchased the ten percent and attended
 9   our meetings, our monthly meetings.  He basically
10   interjected whatever thoughts or suggestions that he
11   had at those meetings or also interacted at times with
12   any of the decision making.
13        Q     Was he -- he was an investor in the
14   company?
15        A     That's correct.
16        Q     What did he pay for his stake in the
17   company?
18        A     I believe $20,000.
19        Q     Did you pay anything for your 25 percent
20   stake?
21        A     65.  Actually it went up to 32 and-a-half
```

C-O-N-F-I-D-E-N-T-I-A-L

19

1  when I became president.
2       Q    Did you pay any additional --
3       A    Well, the 65 included the seven and-a-half
4  percent increase.
5       Q    When did that extra seven and-a-half
6  percent kick in?
7       A    Approximately January of 2000.
8       Q    Your duties currently, are they the same as
9  they were two years ago for MCB?
10      A    Yes, it is.
11      Q    Were you aware of any discussions that the
12 goal of MCB was to have it built up and then taken --
13 build up by that I mean doing additional work for other
14 practices and then eventually going public.  Was there
15 ever any discussion?
16      A    There was some discussions of that but, you
17 know.
18      Q    When did they occur?
19      A    They were always, you know, we were always
20 discussing different ways of trying to build the
21 practice and possibly going public and so on down the

```
 1        Q     What was your salary?
 2        A     At what juncture?
 3        Q     Why don't you take me, you know, from
 4  November of '99 through the present?
 5        A     Okay.  November of '99 the annual salary
 6  was, as I stated, 175,000 with bonus and I can't
 7  remember exactly what the bonus was.  It might have
 8  been 20 or 25,000 or something to that effect.  The
 9  salary was increased in 2000 when I was moved up to
10  president and the salary was 250,000.
11        Q     Then in 2001?
12        A     Same.
13        Q     Is it the same this year?
14        A     It's lower, no, sir.
15        Q     I realize the year isn't over yet, but what
16  is the annualized?
17        A     Projected out probably around $200,000 or
18  so.
19        Q     Did you also receive any distributions from
20  the company above your salary during '99 through 2002?
21        A     Yes.
```

C-O-N-F-I-D-E-N-T-I-A-L

24

```
 1         Q     Can you tell me about the amounts of the
 2   distributions?
 3         A     2001 I want to say about 130, 140.
 4         Q     Thousand?
 5         A     Yep.  Actually I'm sorry, that was 2000.
 6   2001 I'd have to look it up.  I want to say maybe about
 7   80 or 90.
 8         Q     This is above your salary?
 9         A     Yes, sir.
10         Q     What were the distributions?
11         A     Based upon percentage of ownership.
12         Q     So Mr. Beam and Mr. Barwick also received
13   distributions?
14         A     That's correct.
15         Q     Were they in keeping with the ownership
16   of --
17         A     They were in proportion to the ownership.
18         Q     How was that accounted for on the books of
19   MCB?
20         A     As a distribution.
21         Q     Was there any guaranteed distribution?
```