FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

|  |  |
|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al.,<br><br>    Plaintiffs/<br>    Counterclaim<br>    Defendants,<br><br>v.<br><br>WASHINGTON REGIONAL CARDIAC SURGERY, P.C.,<br><br>    Defendant/<br>    Counterclaim<br>    Plaintiff.<br>------------------------------------------------<br>WASHINGTON REGIONAL CARDIAC SURGERY, P.C.,<br><br>    Counterclaim<br>    Plaintiff,<br><br>v.<br><br>WILLIAM BEAM and CHARLES ALBERT ZORN, III,<br><br>    Counterclaim<br>    Defendants. | CIVIL NO.: AMD 02 CV 525 |

**MOTION TO SEAL**

Defendant/Counterclaim Plaintiff Washington Regional Cardiac Surgery, P.C. ("WRCS") respectfully moves this Court pursuant to Local Rules 104.13(c) and 105.11 to file under seal exhibits 9, 14-17, and 19-20 to WRCS's

Memorandum in Opposition to Motion to Dismiss or, in the Alternative, for a More Definite Statement (the "Exhibits").

      1.      The parties to this action, WRCS and Plaintiffs, pursuant to the Stipulated Order Regarding Confidentiality of Discovery Material ("the Order") entered by the Court on July 15, 2002, have agreed that certain information of the parties is proprietary and confidential and may be designated and treated as such by the parties. The parties also agreed that, pending the Court's ruling on a motion to seal, confidential information will be temporarily sealed and not disclosed by the parties.

      2.      In an effort to comply with this Order, WRCS submits the Exhibits under seal. The Exhibits contain documents designated as confidential by Plaintiffs. Plaintiffs believe that public access to the documents designated as confidential will harm or prejudice their interests and, pending resolution of any objections to the contrary, WRCS is bound by the Protective Order to submit the Exhibits under seal. Alternatives to sealing these exhibits would not afford the Plaintiffs sufficient protection, as the information contained in the confidential documents would become part of the public record and accessible as such.

WHEREFORE, WRCS respectfully requests that the Court file the Exhibits under seal.

Respectfully submitted,

Dated: August 11, 2003                              /s/
                                    _____
                                    Mark D. Gately (Fed. Bar No. 00134)
                                    Steven F. Barley (Fed. Bar No. 10049)
                                    Robert A. Cohen (Fed. Bar No. 25278)
                                    HOGAN & HARTSON L.L.P.
                                    111 South Calvert Street
                                    Suite 1600
                                    Baltimore, Maryland 21202
                                    (410) 659-2700

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 11th day of August, 2003, a copy of Defendant's Motion to Seal and two proposed orders, were hand-delivered to:

> Paul-Michael Sweeney
> Carrie B. Weinfeld
> Linowes and Blocher LLP
> 7200 Wisconsin Ave Ste 800
> Bethesda, MD 20814

                                            /s/
                                    Robert A. Cohen