*EXHIBIT "1"*

# HOGAN & HARTSON

### L.L.P.

STEVEN F. BARLEY
PARTNER
(410) 659-2724
SFBARLEY@HHLAW.COM

August 7, 2003

111 SOUTH CALVERT STREET, SUITE 1600
BALTIMORE, MARYLAND 21202
TEL (410) 659-2700
FAX (410) 539-6981
WWW.HHLAW.COM

## *VIA FEDEX*

Paul Sweeney
Linowes and Blocher LLP
7200 Wisconsin Avenue
Suite 800
Bethesda, Maryland  20814-4842

Re:  *MCB Management Services, LLC, et al. v. Washington Regional Cardiac Surgery, P.C.*, Case No. 02-CV-525

Dear Paul:

We received the motion to dismiss the counterclaims filed against Mr. Beam and Mr. Zorn, which you filed on behalf of Mr. Beam and Mr. Zorn.  We are preparing WRCS's response.  In the meantime, however, I write to follow-up an issue raised by Mr. Martin and Judge Davis during the May 23, 2003 hearing on the parties' motions for summary judgment.

During the hearing, Judge Davis agreed with Mr. Martin in concluding that Mr. Beam and Mr. Zorn should have their own counsel, not only independent of MCB and PSS, but also independent of each other.  I prefer not to comment on other counsel's relationships with their clients; however, I was not sure whether you had an opportunity to review the transcript of the hearing, consult with Mr. Martin or take the time to give your dual representation adequate consideration.  As both Judge Davis and Mr. Martin recognized at the hearing, there appears to be an unavoidable conflict between Mr. Beam and Mr. Zorn in this matter.  Because you did not attend the May 23, 2003 hearing, and presumably have not yet had the benefit of reviewing Judge Davis's comments, I thought it best to bring this issue to your attention informally in a letter and enclose a copy of the transcript of the May 23, 2003 hearing for your review.  Judge Davis's comment regarding this issue appear on pages 75-76 ("Mr. Beam and Mr. Zorn are going to have to consult independent counsel.  And I mean independent, not just independent from Mr. Martin, but each of them will have to consult independent counsel.").

I would appreciate it if you would advise me at your earliest convenience how you intend to address the potential conflict so that we can

**WASHINGTON, DC**

\\\BA - 80667/0003 - 160226 v2  BERLIN  BRUSSELS  LONDON  PARIS  BUDAPEST  PRAGUE  WARSAW  MOSCOW  TOKYO
NEW YORK  BALTIMORE  McLEAN  MIAMI  DENVER  BOULDER  COLORADO SPRINGS  LOS ANGELES

**HOGAN & HARTSON** L.L.P.

Paul Sweeney, Esq.
August 7, 2003
Page 2


determine whether we need to raise the issue with the Court.  Please feel free to
contact me if you wish to discuss this in greater detail.

Very truly yours,

*Steven F. Barley / RAC*

Steven F. Barley


Enclosure

cc:     Gerald P. Martin, Esq. (by FedEx) (w/o enclosure)
        Steven Wrobel, Esq. (by FedEx) (w/o enclosure)