# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

**CHAMBERS OF**
**ANDRE M. DAVIS**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0801**
**FAX (410) 962-0820**
**MDDAMDChambers@mdd.uscourts.gov**

January 19, 2004

MEMORANDUM TO COUNSEL RE:

MCB Management Servs., LLC v. Washington Regional Cardiac Surgery, PC
Civil No. AMD 02-525

     I imagine my expectation that the parties would settle this case was not well-founded. Accordingly, I have calendared a hearing on the pending motion to be held in Courtroom 5B at 4:00 p.m. on Monday, February 23, 2004. May I presume that discovery has been completed, or at least substantially so? In any event, please bring your calendars with you to the hearing so that the case might be scheduled as needed.

     I look forward to seeing you on February 23.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt