IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MCB MANAGEMENT SERVICES, L.L.C., et al., | ) ) ) |
| Plaintiffs/ Counterclaim Defendants, | ) ) ) ) |
| v. | ) ) ) CIVIL NO.: AMD 02 CV 525 |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | ) ) ) |
| Defendant/ Counterclaim Plaintiff. | ) ) ) ) |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | ) ) ) |
| Counterclaim Plaintiff, | ) ) ) |
| v. | ) ) |
| WILLIAM BEAM and CHARLES ALBERT ZORN, III, | ) ) ) |
| Counterclaim Defendants. | ) ) ) |

## STIPULATION OF DISMISSAL

The parties, by their respective undersigned attorneys, hereby stipulate and agree that all claims asserted by Counterclaim Plaintiff Washington

Regional Cardiac Surgery, P.C. against Counterclaim Defendants William Beam and Charles Albert Zorn, III, shall be dismissed with prejudice.

Dated: February 23, 2004

Respectfully submitted,

_____
Gerard P. Martin (F.B. No.00691)
Steven F. Wrobel (F.B. No.24985)
ROSENBERG | MARTIN | FUNK | GREENBERG, L.L.P.
25 South Charles Street
Suite 2115
Baltimore, Maryland 21201
(410) 727-6600
(410) 727-1115 (fax)

*Attorneys for MCB Management Services, L.L.C. and Physician Support Services, L.L.C.*

_____
Mark D. Gately (F. B. No. 00134)
Steven F. Barley (F. B. No. 10049)
HOGAN & HARTSON L.L.P.
111 South Calvert Street
Suite 1600
Baltimore, Maryland 21202
(410) 659-2700
(410) 539-6981 (fax)

*Attorneys for Washington Regional Cardiac Surgery, P.C.*

_____
Paul-Michael Sweeney (F.B. No. 07072)
LINOWES AND BLOCHER L.L.P.
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814
(301) 961-5119
(301) 654-2801 (fax)

*Attorneys for William Beam and Charles Albert Zorn, III*

Stipulation approved. Accordingly, all claims asserted by Counterclaim Plaintiff Washington Regional Cardiac Surgery, P.C. against

Counterclaim Defendants William Beam and Charles Albert Zorn, III are hereby DISMISSED with prejudice, with each party to bear its own costs.

SO ORDERED this _____ day of _____, 2004.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE