# HOGAN & HARTSON

L.L.P.

STEVEN F. BARLEY
PARTNER
(410) 659-2724
SFBARLEY@HHLAW.COM

111 SOUTH CALVERT STREET, SUITE 1600
BALTIMORE, MARYLAND 21202
TEL (410) 659-2700
FAX (410) 539-6981
WWW.HHLAW.COM

March 4, 2004

**BY HAND DELIVERY**

Ms. Felicia C. Cannon
Clerk of Court
United States District Court
  For the District of Maryland
United States Court House
101 W. Lombard Street
Baltimore, MD 21201

> Re:  MCB Management Services, LLC, et al. v. Washington Regional Cardiac Surgery, P.C., Case No. AMD-02-cv525

Dear Ms. Cannon:

Enclosed for filing in the above-referenced case is a Stipulation of Dismissal, dismissing the remainder of the case with prejudice. Thank you for your customary cooperation.

Very truly yours,

Steven F. Barley

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

|  |  |
|---|---|
| MCB MANAGEMENT SERVICES, L.L.C., et al., ) ) ) Plaintiffs/ ) Counterclaim ) Defendants, ) ) v. ) ) WASHINGTON REGIONAL CARDIAC ) SURGERY, P.C., ) ) Defendant/ ) Counterclaim ) Plaintiff. ) ----------------------------------------------------------- ) ) WASHINGTON REGIONAL CARDIAC ) SURGERY, P.C., ) ) Counterclaim ) Plaintiff, ) ) v. ) ) WILLIAM BEAM and CHARLES ) ALBERT ZORN, III, ) ) Counterclaim ) Defendants. ) ) | CIVIL NO.: AMD 02 CV 525 |

## STIPULATION OF DISMISSAL

The parties, by their respective undersigned attorneys, hereby stipulate and agree that all claims asserted by Plaintiffs/Counterclaim Defendants MCB Management Services, L.L.C. ("MCB") and Physician Support Services, L.L.C.

("PSS") against Defendant/Counterclaim Plaintiff Washington Regional Cardiac Surgery, P.C. ("WRCS"), and all counterclaims asserted by WRCS against MCB and PSS, shall be dismissed with prejudice, with each party to bear its own costs.

Dated: ~~February~~ March 4, 2004                                Respectfully submitted,

_____                    _____
Gerard P. Martin (F.B. No.00691)               Mark D. Gately (F. B. No. 00134)
Steven F. Wrobel (F.B. No.24985)               Steven F. Barley (F. B. No. 10049)
ROSENBERG, MARTIN, FUNK &                      HOGAN & HARTSON L.L.P.
GREENBERG, L.L.P.                              111 South Calvert Street
25 South Charles Street                        Suite 1600
Suite 2115                                     Baltimore, Maryland 21202
Baltimore, Maryland 21201                      (410) 659-2700
(410) 727-6600                                 (410) 539-6981 (fax)
(410) 727-1115 (fax)

*Attorneys for MCB Management*                 *Attorneys for Washington Regional*
*Services, L.L.C. and Physician*               *Cardiac Surgery, P.C.*
*Support Services, L.L.C.*

Stipulation approved. Accordingly, all claims asserted by MCB and PSS against WRCS, and all counterclaims asserted by WRCS against MCB and PSS, are DISMISSED with prejudice. Having previously dismissed all claims asserted by WRCS against Counterclaim Defendants William Beam and Charles Albert Zorn, III, this action is hereby DISMISSED in its entirety with prejudice, with each party to bear its own costs.

SO ORDERED this ____ day of _____, 2004.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MCB MANAGEMENT SERVICES, LLC, et al., | ) ) ) |
| Plaintiffs/ Counterclaim Defendants, | ) ) ) ) |
| v. | ) CIVIL NO.: AMD 02 CV 525 |
| WASHINGTON REGIONAL CARDIAC SURGERY, P.C., | ) ) ) ) |
| Defendant/ Counterclaim Plaintiff. | ) ) ) ) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of March 2004, a copy of the Stipulation of Dismissal was electronically served on:

> Steven F. Wrobel, Esquire
> Rosenberg | Martin | Funk | Greenberg, LLP
> 25 S. Charles Street
> Suite 2115
> Baltimore, MD  21201

_____
Steven F. Barley